JOHN C. ULIN (SBN 165524)
Email:      julin@troygould.com
RUSSELL I. GLAZER (SBN 166198)
Email:      rglazer@troygould.com
ANNMARIE MORI (SBN 217835)
Email:      amori@troygould.com
CHINELO N. IKEM (SBN 343780)
Email:      cikem@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorney for Plaintiff
PLANET GREEN CARTRIDGES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET GREEN CARTRIDGES, INC., a California corporation,<br><br>              Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON ADVERTISING LLC, a Delaware limited liability company; and DOES 1-25, inclusive,<br><br>              Defendants. | CASE No.:<br><br>**COMPLAINT FOR DAMAGES:**<br><br>**1.  Violation of the Lanham Act, 15 U.S.C. § 1125;**<br>**2.  Common Law Unfair Competition;**<br>**3.  Unfair Competition in Violation of California Unfair Competition Law – Unlawful and Unfair Prongs (Cal. Bus. & Prof. Code § 17200, *et seq.*);**<br>**4.  Violation of California False Advertising Law (Cal. Bus. & Prof. Code § 17500, *et seq.*)**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff, PLANET GREEN CARTRIDGES, INC. ("Plaintiff" or "Planet Green"), with knowledge of its own actions and events, and upon information and belief as to other matters, and alleges as follows against Defendants

AMAZON.COM, INC., AMAZON.COM SERVICES LLC, AMAZON ADVERTISING LLC and DOES 1-25, inclusive (collectively, "Defendants"):

# I.

# INTRODUCTION

1.     This action arises out of Defendants' persistent violation of their own policies, federal and state laws, and stated environmental objectives, by the false claims of new built clone cartridges as being remanufactured and sold as recycled product on a mass scale. The products, almost all of which are made in China, are not original equipment manufacturer ("OEM"), but are new built clone printer ink cartridges, falsely listed and labeled as remanufactured and sold as recycled product, deceiving millions of Amazon's customers in California and throughout the United States.

2.     Plaintiff presented Defendants with uncontroverted evidence outlining numerous brands of printer ink cartridges Plaintiff purchased on Amazon as test purchases, which demonstrated that Defendants were falsely advertising, making unsubstantiated environmental claims, and selling clone cartridges falsely represented as remanufactured, in violation of Amazon's policies, federal and state laws, and engaging in conduct antithetical to Amazon's environmental mission and efforts. Defendants' response to Plaintiff's evidence was essentially that they are immune from liability for publishing third-party content on their platform under the Communications Decency Act, 47 U.S.C. section 230. But, as set forth further below, this contention is just wrong.

3.     Plaintiff requested Defendants, per their own policies, remove or suspend sellers of misrepresented clone cartridges outlined in Plaintiff's presentations of evidence until they authenticated that their cartridges were actually remanufactured. Instead, Defendants continue to allow unlawful sellers to maintain their accounts, permit them to advertise, promote their products with Defendants' endorsement, and Defendants provide fulfillment services, "sold by Seller and fulfilled by Amazon." In a Zoom meeting on May 26, 2023, Defendants told Plaintiff that they had asked brands that could not substantiate claims of being remanufactured or recyclable to change their product

COMPLAINT FOR DAMAGES

descriptions to continue to sell on the platform. But the deceptive practices have not changed, and Defendants continue to allow sellers that have deceived millions of consumers with its false advertising and recyclability claims to sell clone ink cartridges over Amazon.

4.     Moreover, Defendants themselves promote, distribute, fulfill, advertise, and sell the illicit clone cartridges identified in Plaintiff's presentations of evidence, including through their Amazon Warehouse Program. Defendants use the same false descriptions used by other sellers in describing the clone ink cartridges they sell. Defendants' deep involvement in the sale, distribution and promotion of these clone cartridges renders them liable for the unlawful manner in which they are promoted and sold.

## II.

## THE PARTIES

5.     Plaintiff, PLANET GREEN CARTRIDGES, INC., is a corporation organized under the laws of the State of California, with its principal place of business in Chatsworth, California. For the last 23 years, Planet Green has been an industry leader of wholesale, high-quality, United States remanufactured ink cartridge products. Planet Green remanufactures ink cartridges using only OEM cores that are collected from schools, businesses, and consumers throughout the United States. The remanufactured ink cartridges sold by Planet Green are authentic recycled products.

6.     Defendant AMAZON.COM, INC. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 410 Terry Avenue North, Seattle, Washington 98109-5210. AMAZON.COM, INC. markets and sells products to retail consumers all over the world through internet websites such as www.amazon.com, using various trademarks and brand names, including "Amazon."

7.     Defendant AMAZON.COM SERVICES LLC is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business at 410 Terry Avenue North, Seattle, Washington 98109-5210. AMAZON.COM SERVICES LLC sells products to consumers through Amazon Warehouse that are

fulfilled by Amazon.com. Plaintiff is informed and believes that AMAZON.COM SERVICES LLC is a subsidiary of Defendant AMAZON.COM, INC. Defendants AMAZON.COM, INC. and AMAZON.COM SERVICES LLC are sometimes collectively referred to herein as "Amazon."

8.      Defendant AMAZON ADVERTISING LLC is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business at 410 Terry Avenue North, Seattle, Washington 98109-5210. AMAZON ADVERTISING LLC provides advertising services to third party sellers. Plaintiff is informed and believes that AMAZON ADVERTISING LLC is a subsidiary of Defendant AMAZON.COM, INC. Defendants AMAZON.COM, INC., AMAZON.COM SERVICES LLC and AMAZON ADVERTISING LLC are sometimes collectively referred to herein as "Amazon."

9.      The true names and capacities of Defendants sued herein as DOES 1-25, inclusive, are unknown to Plaintiff. Plaintiff therefore sues these Defendants by such fictitious names. Plaintiff will amend this complaint to allege the true names and capacities of said DOE Defendants when ascertained. Each of these fictitiously named Defendants are responsible in some manner for the acts and conduct alleged herein and such Defendants proximately caused Plaintiff harm as alleged herein.

## III.
## JURISDICTION AND VENUE

10.      This court has original jurisdiction over the subject matter of this matter under 15 U.S.C. section 1121 and 28 U.S.C. sections 1331 and 1338, because it is a civil action involving claims arising under the laws of the United States, including the Lanham Act, 15 U.S.C. section 1051 *et seq*., and the court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. sections 1338(b) and 1367(a), in that they form part of the same case or controversy that gives rise to Plaintiff's claims under the laws of the United States.

11.      This court also has original jurisdiction over the subject matter of this

action pursuant to 28 U.S.C. section 1332 because the amount in controversy exceeds $75,000.00 and the parties are diverse in citizenship.

12.    Venue is proper in this court pursuant to 28 U.S.C. section 1391(b) because a substantial part of the events or omissions giving rise to the claims at issue occurred in this judicial district and division, and because Defendants are subject to the court's personal jurisdiction with respect to this action.

13.    The court has personal jurisdiction over each of Defendants because the causes of action asserted herein arise from Defendants transacting business in the State of California, contracting to supply and actually supplying services or things in the State of California and causing tortious injury in the State of California by virtue of their acts and omissions.

14.    This court has personal jurisdiction over Defendants because they (a) have sold numerous products in the State of California and this district; (b) have caused tortious injury within the State of California and this district; (c) have practiced the unlawful conduct complained of herein, in part within the State of California and this district; (d) have regularly conducted and solicited business within the State of California and this district; (e) have regularly and systematically directed electronic activity into the State of California and this district with the intent to engage in business within the State of California and this district, including the sale and/or offer for sale to internet users within the State of California and this district; and (f) have entered into contracts with residents of the State of California and this district for the sale of goods.

## IV.

## FACTUAL ALLEGATIONS

15.    Since 1999, Planet Green has remanufactured ink cartridges in a state-of-the-art facility utilizing a painstaking process consisting of obtaining used OEM cartridge cores, thoroughly inspecting, cleaning, refilling the cartridges with new ink, testing for quality control, and packaging for resale. Planet Green is one of the last remaining printer cartridge remanufacturers in the United States. The United States once was the epicenter of thousands of printer cartridge remanufacturers, suppliers, and resellers. Due to the

conduct of Defendants as the primary advertiser and distributor of the sale of inauthentic products from overseas as alleged herein, the United States printer cartridge remanufacturing industry has been eviscerated.

16.    Prior to the filing of this action, Plaintiff put Amazon on notice of the wrongful conduct alleged in this Complaint. On June 23, 2022, Plaintiff provided a presentation of evidence to Amazon detailing how 18 brands and their numerous listings of aftermarket ink cartridges label new built single-use clone ink cartridges as "remanufactured," which are sold as a recycled product on their platform (sometimes referred to herein as "the illicit ink cartridges"). Plaintiff demonstrated that the same sellers are falsely advertising their listings, products, and packaging. Plaintiff also pointed out that the same sellers are misusing Amazon's own defined terms "remanufactured" and "compatible" for different types of printer cartridges by using them interchangeably, which is deceptive. Plaintiff offered Amazon an opportunity to do the right thing and stop the sale of falsely labelled clone printer cartridges that are deceiving consumers, harming the environment, and that have destroyed the once thriving printer cartridge remanufacturing industry. The original notice and presentation are attached hereto as **Exhibit 1**.

17.    Over the course of five (5) months, Amazon failed to act on any of the 18 brands of illicit clone ink cartridges as they continued to be available for purchase on Amazon's website. During this time, Plaintiff continued to purchase more ink cartridges that were falsely sold as remanufactured ink cartridges from Amazon. On December 9, 2022, Plaintiff sent a second presentation of evidence to Amazon, identifying a total of 82 brands of remanufactured ink cartridges that were purchased by Plaintiff. This presentation illustrates that Amazon has a category-wide issue with falsely labeled cartridges, promoted with unsubstantiated environmental claims, in violation of Amazon's listing policies, which deceive consumers. In addition, Plaintiff separately hand delivered its presentation of evidence on November 24, 2022, to Amazon's Chief Executive Officer Andy Jassy, through a mutual contact, informing him of the unlawful

actions that were taking place on Amazon's platform. The second presentation of evidence is attached hereto as **Exhibit 2**.

18.     Amazon acknowledged receiving the second presentation of evidence asking for Plaintiff's test buy results to confirm the factual allegations, a baffling response considering that Plaintiff's presentations contained the test buy results. Amazon took the positions that the Amazon Seller Code of Conduct prohibits sellers from making false statements about products and that Amazon is not responsible for seller statements and is immune from liability for publishing third-party content on its platform under Section 230 of the Communications Decency Act, 47 U.S.C. § 230. These positions completely ignore the fact that Plaintiff notified Amazon of illicit clone ink cartridges and that the entire category of remanufactured printer cartridges is overrun by sellers who unlawfully misrepresent their products. In response, Amazon has provided nothing more than lip service, claiming, without action, that Amazon will enforce its rules and investigate.

19.     The reason for the tremendous loss of an entire United States printer cartridge remanufacturing industry and Plaintiff's damages, is due to Amazon's direct participation in the unlawful practices detailed in this Complaint, which effectively prevent legitimate businesses from competing against the overwhelming proliferation of clone printer cartridges flooding the market through their website, fulfillment centers and warehouse program. Sellers are allowed to list multiple products claiming to be remanufactured OEM cartridges, frequently bearing the "recyclable" symbol, when in fact they are newly manufactured clone cartridges, not OEM product, and not in fact a recycled or recyclable product.

20.     The following are some examples that were shared with Amazon, which illustrate how illicit brands and their sellers are defrauding consumers:

1)     Examples of new built clone ink cartridges falsely labeled as
        remanufactured and sold as a recycled product and ships from Amazon:

a.   Amazon listing for V-Surink.



b.   Ink cartridges, Plaintiff purchased on Amazon and fulfilled by Amazon.



c.   Below is a side-by-side comparison of Canon cartridges and V-Surink

COMPLAINT FOR DAMAGES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ink cartridges. The example shows the differences between OEM cores and counterfeit remanufactured ink cartridges.





d.   Another example of a counterfeit remanufactured ink cartridge

COMPLAINT FOR DAMAGES

1

2

purchased from Amazon with side-by-side comparison with an OEM cartridge;

3

4

BJ Ink Cartridge listing describing their product as remanufactured and ships from Amazon

5

6

7

BJ Ink Cartridge product and packaging purchased on Amazon claiming the cartridge is remanufactured.

8

9

10

11

12



13

14

15

16

17

18

19

Side-by-side comparison between an original Canon cartridge and a new built non-OEM clone cartridge falsely labeled as a remanufactured and sold as a recycled product.

20

21

22

The OEM cartridge has Canon engraved in the core of the cartridge while the clone cartridge has no OEM markings and is made from clearly different plastic material.



23

///

24

///

25

///

26

27

28

COMPLAINT FOR DAMAGES

1

Under Microscope BJ Cartridge New Built Clone Side-By-Side Comparison  with OEM Cartridge Core



2

A legitimate remanufactured cartridges should have the same circuitry and print nozzle as the OEM.

BJ Ink Cartridge has different circuitry and print nozzles that is glued over the new built clone cartridge.

The OEM cartridge circuitry is incased inside the cartridge core.

Under a microscope the circuitry and print nozzles are different.

Legitimate remanufactured cartridge should look the same as the OEM core.

2)     Example of an inaccurate and deceptive Amazon listing. Sheengo depicts its box to look like a Canon box and claims to be remanufactured.




Sheengo's listing on Amazon depicting itself as a Canon OEM Cartridge and ships by Amazon.

11

COMPLAINT FOR DAMAGES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

a. Below is the actual package and product that was received after a test purchase from Amazon. The package and product are significantly different than what is depicted in Sheengo's Amazon listing.

The inaccurate depiction of listing and what was received is in direct violation of Amazon's Ink and Toner listing policy where your listing and images must accurately describe your product.



b. Side-by-side comparison of Canon cartridges and Sheengo's ink cartridges show a significant difference between the OEM core and a new built non-OEM clone cartridges falsely labelled as a remanufactured product.



Side-by-side comparison between an original Canon cartridges and Sheengo's new built non-OEM clone cartridges sold as a remanufactured product.



The OEM cartridge Canon Engraved in the core of the cartridge.

The OEM cartridge has Canon engraved on the core of the cartridge. Sheengo's cartridges do not have any OEM markings and are clearly made from different plastic material.

12

COMPLAINT FOR DAMAGES

Under Microscope <u>Sheengo's</u> New Built Clone Cartridge Side-By-Side Comparison with OEM Cartridge Core



Under Microscope <u>Sheengo</u> New Built Clone Cartridge Side-By-Side Comparison with OEM Cartridge



///

///

///

COMPLAINT FOR DAMAGES

c.  The customer's reviews below are examples of how Amazon strikes-out customers complaints and takes full responsibility for Sheengo's falsely advertised listings because products ship from Amazon.



3)  Below are examples of ink cartridge sellers making unsubstantiated environmental marketing claims that violate Amazon's policies and FTC Environmental Marketing Green Guides.



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4)      The illicit brands of ink cartridges offered for sale on Amazon misuse recycling logos. The brands use the chasing arrows recycling logo and do not insert the trash icon on their products and packaging without indicating whether the product or packaging came from recycled material or is a recyclable product.

a.      Below are examples of how these symbols are used without support of their recyclability claims in violation of Amazon's policies and FTC Environmental Marketing Green Guides.



V-Surink misusing the recycling logo on its packaging and product deceiving customers it is a recycled product.



Greencycle Amazon listing uses recycling logos without any way to verify its recyclability claims. This product ships from Amazon.

Greencycle side-by-side comparison with Canon cartridge clearly shows the cartridge is not remanufactured from an OEM core. Greencycle has no Canon markings and its clearly made from different plastic material. It is a new built clone cartridge fraudulently labeled as remanufactured.

1
2
3
4
5
6
7
8
9
10

BJ Ink Cartridge deceives consumers that it is a recyclable product by using no trash icons and recycling logo on the product and packaging. There are no instructions on the packaging or product to indicate how and where to recycle this product.

BJ Ink Cartridge misuses the recycling logo on its packaging by not providing any clear understanding if packaging and product are made from recycled material or that they can be recycled.



11    5)    Sellers misuse Amazon's defined terms to describe different types of
12    printer cartridges, "remanufactured" and "compatible." Defendants in their
13    listing policies define  "compatible" to be a new built cartridge and
14    "remanufactured," a used cartridge that has been taken apart, cleaned, and
15    rebuilt. The example below is how sellers use the terms interchangeably
16    deceiving consumers.

17
18
19
20
21
22
23
24
25



Inktopia Compatible Ink Cartridge Replacement for Canon 246XL CL 246 XL Cl-246Xl CL-244 (1 Color) for Canon PIXMA MG2520 MG2920 MG2922 MG2420 MG2522 MG2525 MG3020 MG2555 MX490 MX492 Printer
Visit the Inktopia Store
★★★★☆ ∨    489 ratings
Price: $23.99 Get Fast, Free Shipping with Amazon Prime & FREE Returns ∨

| | |
|---|---|
| Brand | Inktopia |
| Color | Tricolor |
| Compatibility Options | Remanufactured |
| Page Yield | 300 |
| Special Feature | Tri Color |
| Compatible Devices | Printer |
| Ink Color | 1 Tri color |

About this item
• Package Contents: Inktopia Replacement for Canon CL-246Xl, 246Xl, 246 XL CL-244 Ink Cartridges

26
27    21.    Defendants' refusal to take meaningful steps to stop the sale of
28  misrepresented clone cartridges has forced Plaintiff to resort to this litigation. Despite

being the largest catalog marketer online, with vast resources, Amazon's efforts and willingness to stop clone cartridge sales have been so incredibly ineffective, rendering it effectively nonexistent.

22.    In addition to the presentations to Amazon, Plaintiff offered Defendants an open invitation to see first-hand the counterfeit cartridges, at Plaintiff's remanufacturing facility, and how they are being identified as counterfeit.  The following photographs were provided to Defendants of ink cartridges test purchased by Plaintiff:



///

///

///

COMPLAINT FOR DAMAGES

23.     The following brands were found to be new built clone cartridges, falsely sold as "remanufactured" and recycled products:

| | | | | |
|---|---|---|---|---|
| 1.  AAKidInk | 10. FAcms | 19.  H&BO Topmae | 28.  Kolor Expert | 37. Sellyaha |
| 2.  Ankink | 11. Fastink | 20. Inkni | 29. Lucascolo | 38. Sheengo |
| 3.  Batuto | 12. Foiset | 21. InkSpirit | 30. Mooho | 39. Upsek |
| 4. BJ Ink Cartridge | 13. Forzik | 22. Inktopia | 31. Novajet | 40. Valker |
| 5. BStink | 14. Geshine | 23. Insmax | 32. OnlyU | 41. ValueToner |
| 6. CG Chinger | 15. GPC Image | 24. Jarbo | 33. Palmtree | 42. V-Surlink |
| 7. ColorKing | 16. Greenbox | 25. Janmore | 34. Reprinpic | 43. Witop |
| 8. CSStar | 17. Greencycle | 26. Jonity | 35. Retch | 44. Yatunik |
| 9. Doreink | 18. Incwolf | 27. LxTek | 36. Teino | 45. Ejet |

COMPLAINT FOR DAMAGES

1

2
24.    In addition, illicit brands of printer cartridges flood Amazon's platform
with a variety of single and combo pack listings. Below is an example of how two brands,
Greencycle and Inktopia, are creating multiple listings that saturate the platform:

3

4

5

6



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26   ///
27   ///
28   ///



COMPLAINT FOR DAMAGES

GREENCYCLE HP 95...
GREENCYCLE HP 95...
GREENCYCLE HP 93...
GREENCYCLE HP 67...
GREENCYCLE HP 65...
GREENCYCLE HP 65...
GREENCYCLE HP 65...
GREENCYCLE HP 65...
GREENCYCLE HP 65...
GREENCYCLE HP 65...
GREENCYCLE HP 64...
GREENCYCLE HP 63...
GREENCYCLE HP 63...
GREENCYCLE HP 63...
GREENCYCLE HP 63...
GREENCYCLE HP 63...
GREENCYCLE HP 63...
GREENCYCLE HP 63...
GREENCYCLE CANO...
GREENCYCLE CANO...
GREENCYCLE CANO...
GREENCYCLE CANO...
GREENCYCLE CANO...
GREENCYCLE CANO...
GREENCYCLE HP 63...
GREENCYCLE HP 63...
GREENCYCLE HP 62...
GREENCYCLE HP 61...
GREENCYCLE HP 61...
GREENCYCLE HP 61...
GREENCYCLE HP 60...
GREENCYCLE HP 60...
GREENCYCLE HP 60...
GREENCYCLE HP 22...
GREENCYCLE HP 21...
GREENCYCLE HP 21...

///

///

///



INKTOPIA HP 62XL 2...
INKTOPIA HP 61XL C...
INKTOPIA HP 61XL B...
INKTOPIA HP 61XL B...
INKTOPIA HP 61XL B...
INKTOPIA HP 61XL 4...
INKTOPIA HP 61XL 2...
INKTOPIA HP 61XL 2...
INKTOPIA HP 60XL ...
INKTOPIA HP 60XL ...
INKTOPIA HP 21XL 2...
INKTOPIA CANON 2...
INKTOPIA CANON 2...
INKTOPIA CANON 2...
INKTOPIA CANON 2...
INKTOPIA CANON 2...
INKTOPIA CANON 2...
INKTOPIA CANON 2...
INKTOPIA CANON 2...
INKTOPIA CANON 2...
INKTOPIA CANON 2...
INKTOPIA CANON 2...
INKTOPIA CANON 2...
INKTOPIA CANON 2...
INKTOPIA CANON 21...
INKTOPIA CANON 21...
INKTOPIA CANON 21...
INKTOPIA CANON 21...
INKTOPIA CANON 21...
INKTOPIA CANON 4...
INKTOPIA HP 74XL 7...
INKTOPIA HP 67XL ...
INKTOPIA HP 65XL ...
INKTOPIA HP 65XL ...
INKTOPIA HP 65XL ...
INKTOPIA HP 65XL ...
INKTOPIA HP 65XL 2...
INKTOPIA HP 64XL ...
INKTOPIA HP 64XL ...
INKTOPIA HP 63XL ...
INKTOPIA HP 63XL ...
INKTOPIA HP 63XL ...
INKTOPIA HP 63XL ...
INKTOPIA HP 63XL 2...
INKTOPIA HP 63XL 2...
INKTOPIA HP 62XL ...
INKTOPIA HP 62XL ...
INKTOPIA HP 62XL ...

25.     Most, if not all, illicit clone ink cartridges originate from China. To remanufacture printer cartridges, you need to obtain viable OEM cores. It was pointed out to Defendants in the example below, remanufactured ink cartridges with availability in the millions per month are being sold wholesale on Alibaba for a single model. This is simply preposterous!



26.     To remanufacture printer cartridges, a legitimate remanufacturer needs a significant number of empty viable OEM cores. In 2017, the Chinese government implemented Operation National Sword prohibiting the importation of plastic and solid waste which included empty printer cartridges. On information and belief, based on Plaintiff's 23 years of collecting and remanufacturing OEM cartridge cores, it would be impossible for one individual company to collect a singular specific cartridge model core and offer a remanufactured finished product in the quantity of millions per month.

27.     In addition to the above listing on Alibaba, it was shared with Defendants that there are at least nine other sellers with listings on Alibaba that offer suspect remanufactured printer cartridges in absurd quantities, into the millions per month for a single cartridge model. Below are the companies:

///

///

23

COMPLAINT FOR DAMAGES

A. Zhuhai National Resources & Jingjie Printing Technology

B. Shenzhen Nolar Trade Development Company

C. Shenzhen Michsan Technology Company

D. Uniplus Technology Corporation

E. PK Printking Technology Company

F. Ebest Digital Technology

G. Zixingshi Heshun Technology Printing Materials Company

H. Tatrix International China Co, Ltd

I. Prospect Image Products Limited of Zhuhai

28.     Amazon sells millions of purported remanufactured ink cartridges that originate from China. When conducting a search for "remanufactured ink cartridges" on Amazon, 8,000 total results were returned. The total number of remanufactured ink cartridge listings is actually much greater, based on how Defendants filter their search results. It is reasonable to say that most remanufactured ink cartridges listed on Amazon make unsubstantiated claims of being remanufactured or recyclable product.



29.     Data captured from Jungle Scout, a third-party application that provides research and market intelligence on products offered for sale on Amazon, estimates that remanufactured ink cartridges alone generate $3,233,555,328 in sales annually.

30.     Defendants make it impossible for any legitimate printer cartridge remanufacturing company to compete when Amazon has a vested interest in keeping third-party sellers on its platform while facilitating the sale of illegitimate remanufactured ink cartridges on a mass scale regardless of whether they are misrepresented or violate federal and state law.

31.     In the 1980s, the remanufacturing industry for printer cartridges was established in the United States. By mid-2000s, United States printer cartridge remanufacturing grew into an estimated $7 billion industry boasting thousands of U.S. companies comprised of remanufacturers, used cartridge collectors, suppliers, resellers, trade publications and expos. The printer cartridge remanufacturing industry evolved as a solution to divert millions of used printer cartridges away from U.S. landfills generated by the original equipment manufacturers of printers and turned the waste into a low-cost, reusable product for the consumer.

32.     Now the U.S. remanufacturing industry is on the verge of extinction. The anti-competitive behavior of Defendants is the driving force behind the proliferation of counterfeit remanufactured ink cartridges saturating the U.S. market, deceiving consumers, undercutting legitimate remanufacturers, and leaving the recycle stream with an overwhelming amount of plastic waste. This has caused great harm to the Plaintiff's growth opportunities because Plaintiff is dependent on the industry for the supply chain of materials needed for its remanufacturing process, as well as its wholesale network of resellers for their finished products. The blame for the destruction of an entire industry and direct harm to Plaintiff lies at the feet of Amazon, as a result of the sale of inauthentic printer cartridges, advertised, sold, and distributed by Defendants through their website.

33.     Further, the unsubstantiated claims that these cartridges being sold by and

on Amazon's platform are recyclable are particularly reprehensible, as these generic single-use clone brand printer cartridges do not offer any service to reclaim their used cartridges, leaving them to be thrown in the trash. It has been estimated that over 375 million printer cartridges end up in United States landfills each year, creating a massive amount of plastic waste.[1] Generic branded single-use clone printer cartridges use up natural resources and release greenhouse gases during the production process. To manufacture one new printer cartridge, the process emits around 4.8Kg $CO_2$ and uses up to a gallon of oil.[2]

34.     Defendants' ecommerce platform has empowered illicit overseas printer cartridge manufacturers, eliminating thousands of legitimate printer cartridge resellers, by selling direct to consumers. Since its inception, Plaintiff built a successful wholesale business as a vast printer cartridge reseller base nationwide. As set forth further below, Amazon plays an essential role in the sale and distribution of illicit ink cartridges.

35.     In a traditional supply chain, a distributor, wholesaler, or retailer would serve as middlemen for overseas manufacturers to bring their products to market. Parties directly or indirectly involved in the sale of a product and disseminating advertising claims have a responsibility to ensure the product's claims can be proven. Amazon places itself between consumers and the third-party seller in the chain of distribution of products. Amazon approves seller listings, accepts possession of products, and stores it in its warehouses, attracts the customer to the Amazon website using third-party seller listings, provides customers with product listings for their searches, processes customer payments for the product, and ships products in Amazon packaging to customers.

36.     Moreover, Amazon operates as a co-seller for third-party individuals, entities, or manufacturers who sell on its website. Amazon sets the terms of its relationship with the sellers; controls the conditions of the manufacturer's products offered for sale on Amazon; limits the seller's access to customer information forcing the

---

[1] Bob Gorman, Ink Waste: The Environmental Impact of Printer Cartridges, Bob Gorman (March 30, 2017), https://energycentral.com/c/ec/ink-waste-environmental-impact-printer-cartridges/.
[2] *Ibid.*

COMPLAINT FOR DAMAGES

seller to communicate with customers through Amazon; and demands indemnification as well as substantial fees on each purchase. Regardless of how Amazon labels itself in the selling process, one cannot help but conclude that they are indeed a seller of illicit clone ink cartridges to consumers.

37.     Below are screen shots of Amazon's specific ink and toner selling policies that Defendants are not enforcing, allowing for deceptive product descriptions to rampantly take place across the category:

## Selling ink or toner cartridges

This page outlines requirements for listing ink or toner cartridges, and explains how to categorize them into appropriate sub categories on Amazon. Please see Ink or toner listing guidelines for additional information on how to appropriately list these products on Amazon.

### Category requirements

Amazon limits the types of ink or toner cartridges that sellers can list to ensure that customers are able to buy with confidence from sellers on Amazon.com. Please note the following requirements:

- Amazon prohibits sellers from listing ink or toner cartridges in "Refurbished" or "Used" condition. All listings, including remanufactured, refilled and compatible ink or toner, must be in "New" condition.
- Remanufactured, refilled and compatible ink or toner products must be listed as separate ASINs. You cannot use the same ASINs as the original/OEM ink or toner products. See Ink or toner listing guidelines for additional details.
- All ink or toner cartridges must be packaged in unopened retail packaging, and product images must accurately depict the retail packaging the customer will receive. Sellers are prohibited from listing ink or toner cartridges in open box condition or in inner factory foil packaging.
- All ink or toner products must be fully functional and free from defects that could render them unusable or harmful to printers (for example damaged, dried or leaking cartridges).
- Sellers may offer custom bundles of ink or toner cartridges (that are not manufacturer-created multipacks), provided each individual cartridge in the bundle is in its original retail packaging. A custom bundle must be listed as its own ASIN, with image, bullet points and product description clearly indicating that it comprises individual packs bundled together.
- Please refer to the Product Bundling Policy for additional listing requirements.
- All major brands require UPCs. See Product UPCs and GTINs for further details, which includes requirements for products sold as bundles and requirements for products sold as packs.
- Best Before, Use Before, Use By, and Warranty Ends are all considered expiration dates. Expiration dates are the dates suggested by the manufacturer, and are printed on the product packaging, the product, or both.
- The expiration date printed by the manufacturer should be clearly visible when the product is shipped. Ink or toner, if they have an expiration date suggested by the manufacturer, should only be shipped to customers when the ink or toner is at least 180 days prior to the date of expiration. FBA sellers should ship their products to FBA reasonably prior to 180 days before the date of expiration.

### Categorizing ink or toner cartridges

Categorize ink or toner cartridges according to the definitions below.

1. **Same-Brand Ink or Toner Cartridge in Retail Packaging**
   - A same-brand ink or toner cartridge is manufactured under the same brand name as printer in which the cartridge is used (such as, HP, Canon, Epson, Lexmark, Brother, etc.).

2. **Compatible Ink or Toner Cartridge**
   - An ink or toner cartridge designed to work with a particular printer, but was not manufactured under the same brand name as the printer in which the cartridge is intended to be used. These cartridges are produced using mostly new or all new parts and components.

3. **Remanufactured Ink or Toner Cartridge**
   - A cartridge that has been used, remanufactured, and refilled with ink or toner. To varying degrees, the cartridge may have been taken apart, cleaned, and had parts replaced.

4. **Refilled Ink or Toner Cartridge**
   - A cartridge that has been used and refilled with ink or toner. All of the cartridge's current components were manufactured by the same company that manufactured the printer in which the cartridge is intended to be used. The refilling process did not involve any disassembly, cleaning, or replacement of parts.

27

COMPLAINT FOR DAMAGES

Seller Central Help › Increase sales › Additional resources for increasing sales › Browse & Search › Consumer Electronics ›
The Consumer Electronics Store Style Guide › Subcategory Specifications › Ink or Toner

# Ink or Toner

**On this page**
Title
Brand Name
Images
Feature bullets
Product description

To provide a great customer experience, sellers have to ensure the ASIN title, brand name, images, feature bullets and product description accurately describe the ink or toner product being listed. Failure to follow Amazon's listing guidelines could result in the removal of your listings or the loss of your selling privileges on Amazon. Please follow the below listing specifications as closely as possible, and please see Selling Ink or Toner Cartridges for details about category requirements, and to learn how to categorize your ink or toner products on Amazon.

## Title

A good title should be descriptive enough for a customer to make the purchase based on the information in the title alone. Avoid marketing content (free, exclusive, bonus, stylish, lightweight, heavy duty, etc.) or use of the title field to list hardware compatibility. Pay attention to title formats listed below for Remanufactured, Refilled and Compatible products to ensure appropriate usage of brand names.

### Refilled Ink or Toner Cartridge

```
[Third Party Brand] + "Refilled" + [Product: Ink or Toner Cartridge] + "Replacement for" + [OEM Brand]
+ [Series Name] + [Model Name] + ([Color(s)], [#-Pack], if app)
```

Examples

- LD Products + Refilled + Ink Cartridge + Replacement for + HP + 02 + (Black, 5-Pack) = LD Products Refilled Inkjet Cartridge Replacement for HP 02 (Black, 5-Pack)
- Office 66 + Refilled + Toner Cartridge + Replacement for + Brother + TN-350 + (Black) = Office 66 Refilled Toner Cartridge Replacement for Brother TN-350 (Black)

### Remanufactured and Refilled Ink or Toner Cartridge

```
[Third Party Brand] + "Remanufactured" + [Product: Ink or Toner Cartridge] + "Replacement for" + [OEM
Brand] + [Series Name] + [Model Name] + ([Color(s)], [#-Pack], if app)
```

Examples

- LD Products + Remanufactured + Ink Cartridge + Replacement for + HP + 02 + (Black, 5-Pack) = LD Products Remanufactured Ink Cartridge Replacement for HP 02 (Black, 5-Pack)
- Office 66 + Remanufactured + Toner Cartridge + Replacement for + Brother + TN-350 + (Black) = Office 66 Remanufactured Toner Cartridge Replacement for Brother TN-350 (Black)

COMPLAINT FOR DAMAGES

38.     Most of the illicit ink cartridges sold on Amazon are sold through Amazon's "FBA" services also known as Fulfillment by Amazon. Through FBA services, Defendants' store, pick, pack, ship, and deliver the products to customers in Amazon shipping envelopes and boxes. Amazon controls all customer service and returns and responds directly to consumers who leave negative reviews for products fulfilled by FBA.

39.     Defendants control all aspects of selling and distribution of products through their FBA services. Amazon's Anti-Counterfeiting Policy, screenshot below, states "it is each seller's and supplier's responsibility to source, sell, and fulfill only authentic products." However, when FBA services are utilized, Amazon directly sells and fulfills inauthentic products.

Seller Central Help  >  Policies, agreements, and guidelines  >  Program Policies  >  Amazon Anti-Counterfeiting Policy

## Amazon Anti-Counterfeiting Policy

**Products offered for sale on Amazon must be authentic. The sale of counterfeit products is strictly prohibited. Failure to abide by this policy may result in loss of selling privileges, funds being withheld, and disposal of inventory in our possession.**

It is each seller's and supplier's responsibility to source, sell, and fulfill only authentic products. Prohibited products include bootlegs, fakes, or pirated copies of products or content; products that have been illegally replicated, reproduced, or manufactured; and products that infringe another party's intellectual property rights. If you sell or supply inauthentic products, we may immediately suspend or terminate your Amazon selling account (and any related accounts) and dispose of any inauthentic products in our fulfillment centers at your expense. In addition, we do not pay sellers until we are confident our customers have received the authentic products they ordered. We may withhold payments if we determine that an Amazon account has been used to sell inauthentic goods, commit fraud, or engage in other illegal activity.

We work with manufacturers, rights holders, content owners, vendors, and sellers to improve the ways we detect and prevent inauthentic products from reaching our customers. As a result, we remove suspect listings based on our own review of products. We also work with rights holders and law enforcement worldwide to take and support legal action against sellers and suppliers that knowingly violate this policy and harm our customers. In addition to criminal fines and imprisonment, sellers and suppliers of inauthentic products may face civil penalties including the loss of any amounts received from the sale of inauthentic products, the damage or harm sustained by the rights holders, statutory and other damages, and attorney's fees.

Amazon strives to ensure a trustworthy shopping experience for our customers. By selling on Amazon, you agree that:

- The sale of counterfeit products is strictly prohibited.
- You may not sell any products that are not legal for sale, such as products that have been illegally replicated, reproduced, or manufactured
- You must provide records about the authenticity of your products if Amazon requests that documentation

Failure to abide by this policy may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.

## More information

- Sell Only Authentic and Legal Products. It is your responsibility to source, sell, and fulfill only authentic products that are legal for sale. Examples of prohibited products include:
    - Bootlegs, fakes, or pirated copies of products or content
    - Products that have been illegally replicated, reproduced, or manufactured
    - Products that infringe another party's intellectual property rights

- Maintain and Provide Inventory Records. Amazon may request that you provide documentation (such as invoices) showing the authenticity of your products or your authorization to list them for sale. You may remove pricing information from these documents, but providing documents that have been edited in any other way or that are misleading is a violation of this policy and will lead to enforcement against your account.
- Consequences of Selling Inauthentic Products. If you sell inauthentic products, we may immediately suspend or terminate your Amazon selling account (and any related accounts), dispose of any inauthentic products in our fulfillment centers at your expense, and/or withhold payments to you.
- Amazon Takes Action to Protect Customers and Rights Owners. Amazon also works with manufacturers, rights holders, content owners, vendors, and sellers to improve the ways we detect and prevent inauthentic products from reaching our customers. As a result of our detection and enforcement activities, Amazon may:
  - Remove suspect listings.
  - Take legal action against parties who knowingly violate this policy and harm our customers. In addition to criminal fines and imprisonment, sellers and suppliers of inauthentic products may face civil penalties including the loss of any amounts received from the sale of inauthentic products, the damage or harm sustained by the rights holders, statutory and other damages, and attorney's fees.
- Reporting Inauthentic Products. We stand behind the products sold on our site with our A-to-z Guarantee, and we encourage rights owners who have product authenticity concerns to notify us. We will promptly investigate and take all appropriate actions to protect customers, sellers, and rights holders. You may view counterfeit complaints on the Account Health page in Seller Central.

40.     When Amazon was informed by Plaintiff regarding its category-wide issue of illicit brand ink cartridges sold on its platform, Defendants did not take any action as outlined in their own Anti-counterfeiting policy. Almost all of the illicit cartridges are sold through Amazon's FBA services, which presents a conflict of interest for Defendants to enforce or abide by their own policy as they profit from each item they fulfill.

41.     Amazon is not a passive or neutral ecommerce marketplace; they are an online catalog marketer, driving traffic, promoting, selling, and distributing products. Defendants claim to strive to be Earth's most customer-centric company with customer reviews, one-click shipping, personalized recommendations and Fulfillment by Amazon. In becoming one of the most successful ecommerce platforms, Defendants have blurred the lines for the customers as to who is selling them products and, in fact, themselves become sellers. Below is an example of how Amazon describes itself when it places a job advertisement. Amazon claims to be the "World's largest e-Commerce products catalog."

///

///

///

COMPLAINT FOR DAMAGES





**Powering the online buying experience for global customers**

Amazon Selection and Catalog Systems (ASCS) builds the systems that host and run the world's largest e-Commerce products catalog. We power the online buying experience for worldwide customers, allowing them to find, discover, and buy anything they want. Our massively scaled out systems process hundreds of millions of updates on billions of products across physical, digital, and service offerings. We don't just build systems, we build trust. At any given moment, millions of Amazon customers around the world rely on us to serve up the most up-to-date and complete product information.

Scale is a key component of our success. In order to deliver reliable and accurate product information for customers, we continuously stretch the limits of distributed systems and big data processing to solve some of the hardest technical problems and unprecedented scale challenges. Our team develops technologies spanning parallel processing, storage, machine learning, natural language processing, and image recognition to overcome these challenges. As Amazon businesses continue to grow and diversify, the challenges only get bigger, requiring us to constantly innovate as there are no "textbook solutions." We are the team inventing solutions.

Explore our roles and join us at the center of Amazon's e-Commerce universe, where we encourage you to think big and innovate on behalf of our customers.

42.     Defendants define performance targets and policies required to sell on their platform. Seller accounts can be deactivated when they do not comply with the required performance rates that include negative feedback. However, a seller can request the removal of negative feedback if it is related to delivery service provided by Amazon. Outlined in red, Defendants state in their FBA policies, "after reviewing the feedback, we might strike through the negative rating, and it will not reflect on your performance metrics." Whereas, their policy also states, "A merchant-fulfilled order on Amazon, even if submitted as a Multi-Channel Fulfillment order, is not eligible for buyer feedback strike-through."

///

///

///

31

COMPLAINT FOR DAMAGES

Seller Central Help  >  Get started with Fulfillment by Amazon (FBA)  >  FBA policies and requirements  >

Buyers can leave feedback for sellers on orders that are fulfilled by Amazon just as they do for merchant-fulfilled orders. The Feedback Manager on the **Performance** tab lets you track buyer satisfaction with your service. You can view short-term and long-term metrics as well as detailed feedback entries with buyer comments and email addresses.

**What happens when I receive a negative feedback on an AFN order?**

When a buyer leaves negative feedback that is related to delivery service provided by Amazon, you can request for removal of the feedback. After reviewing the feedback, we might strike through the negative rating, and it will not reflect on your performance metrics. The buyer's comment will remain with a note from Amazon that states, "This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience."

However, if we find that any portion of the comment applies to the condition of your product as indicated on your listing (New, Used, etc.), or any service that you, instead of Amazon, provided or arranged to be provided to the buyer, the feedback and negative rating will remain without edits.

Please note that our policies prohibit any activity that would interfere with our capacity to help other sellers, including submission of high volumes of incorrect or speculative requests to Seller Support.

**Note:** The buyer feedback strike-through only applies to items sold on Amazon and fulfilled through the Amazon fulfillment network (AFN). A merchant-fulfilled order on Amazon, even if submitted as a Multi-Channel Fulfillment order, is not eligible for buyer feedback strike-through.

43.     Defendants violate their own policies, creating content on sellers' listings by editing negative reviews, and taking responsibility beyond delivery related issues. Amazon takes responsibility when there is a negative review that relates to product defects or misrepresentation of product listings. For sellers who use Amazon's FBA services, the result is a beneficial manipulation of seller's performance metrics. This is deceptive to consumers as Amazon is acting as a seller of the product by taking responsibility for the product beyond mere fulfillment.

44.     Below are examples of Amazon responding on behalf of the sellers selling the identified illicit brands of ink cartridges that did not have a delivery problem but did have false advertising and product defect issues:

///

////

///

InkTopia Ink Cartridge

★☆☆☆☆   "~~The 21 cartridge does not work on the office jet 5610. Not as advertised, now I'm stuck with useless product.~~"

By Warby on October 8, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

ColorKing Ink Cartridges

★☆☆☆☆   "~~Not original H P 64XL. They were remanufactured 64 black. This was misleading advertising.~~"

By Jean M. on December 9, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

EJet Ink Cartridges:

★☆☆☆☆   "~~the description said it would work on my HP 6958. It does not. I would like a refund. can you issue this? thanks, cb~~"

By cb on August 12, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Ankink Ink Cartridges

★☆☆☆☆   "~~Black did not work, tried multiple head cleanings....did not try color cartridge but this is poor QC and now i have to drive 60 minutes round trip to return incurring $15 of my gas n wear n tear to return a defective item this isn't right~~"
Read less

By Thomas Maerz on January 24, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

BJ Ink Cartridges

★☆☆☆☆   "~~Does not print in the correct color. I was printing highlighted red text and it printed out black text with greenish highlight. Not satisfied with product which I used once. I would like to send the product back for a full refund.~~"
Read less

By HRT on September 30, 2022.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

///

///

///

33

COMPLAINT FOR DAMAGES

45.     Furthermore, Defendants specifically provide Environmental Marketing Guidelines, clearly stating sellers "must comply with all the applicable federal laws when listing and selling products on Amazon.com. You must also comply with state and local laws applicable to the jurisdiction into which your products are sold." The following is a screenshot of Defendants' Environmental Marketing Guidelines. Outlined in red are key policies. In its presentations to Amazon, Plaintiff demonstrated that the sellers of the illicit ink cartridges were blatantly violating Amazon's guidelines:

Seller Central Help  ›  Policies, agreements, and guidelines  ›  Program Policies  ›  Product guidelines  ›
Environmental Marketing Guidelines

# Environmental Marketing Guidelines

**On this page**
Highlights from the FTC Green Guides
California Law
Additional Resources

**Remember:** You must comply with all applicable federal laws when listing and selling products on Amazon.com. You must also comply with state and local laws applicable to the jurisdiction into which your products are sold. **Sellers using Fulfillment by Amazon,** please also see FBA Prohibited Products for additional product restrictions.

We want to make it easy for buyers to find, discover, and buy products that are marketed as environmentally friendly or "green." However, it is also important to provide buyers with information about those products that is accurate and trustworthy, and that is not misleading about the qualities or characteristics of a product that make it environmentally friendly or "green." To sell products that are marketed with environmental claims on Amazon.com, you must ensure that the marketing claims you make on your product packaging and on your product detail page meet not only all federal laws such as the FTC's *Guides for the Use of Environmental Marketing Claims* (known as the "Green Guides"), but also all applicable state and local laws that regulate environmental claims. These laws include California's law restricting the use of compostable- and biodegradable-related claims on plastic products.

We're providing the following highlights from the FTC Green Guides and California's law on environmental claims to assist you in reviewing the environmental claims that you may make about your products. These highlights are not designed to be comprehensive. You should review the FTC Green Guides and other applicable laws, regulations, and guidelines, as you remain responsible for ensuring that the claims made about your products are fully compliant.

## Highlights from the FTC Green Guides

- Avoid broad, general claims regarding a product's environmental benefits or qualities (ex., avoid "eco-friendly" or "environmentally friendly" or "green").
- All claims about a product's environmental benefits or qualities should be specific, and all qualifications (or limitations) to environmental claims must be specific, clear and prominently displayed (ex., "product is made from 20% recycled materials").
- Narrowly tailor environmental claims so as not to overstate the environmental benefits or qualities.
- Avoid making environmental claims if the environmental benefits or qualities are negligible.
- When making comparative environmental claims, the basis for the comparison must be clearly conveyed.
- Distinguish between products, packaging and services when making environmental claims (ex., packaging is 100% biodegradable).
- Avoid making compostable claims without qualification if the product cannot be composted at home safely or in a timely way.

34

COMPLAINT FOR DAMAGES

- A general degradable or biodegradable claim should only be made if the entire product will completely break down and return to nature within a reasonably short period of time after customary disposal (or one year for solid waste products). If the product customarily ends up in landfills, incinerators, or recycling facilities, then a general biodegradable claim should not be made.
- An environmental claim that a product or packaging is made from recycled materials should accurately reflect the portion that is made from recycled materials (ex., "made from 20% recycled materials").
- Carefully consider certifications and seals and include the specific basis or environmental benefit for the certification whenever it is used. For questions regarding certifications, see http://ftc.gov/os/2009/10/091005revisedendorsementguides.pdf.

The FTC Green Guides also address other environmental claims, including: (1) Free-Of claims, (2) Non-Toxic claims, (3) Recyclable claims, (4) Renewable Energy claims, and (5) Renewable Materials claims. If you are making these or other environmental claims, please review the FTC Green Guides.

## California Law

- Plastic and bioplastic products sold into California can only be labeled as compostable, home compostable, or marine degradable if they meet the applicable ASTM standard or have the Vincotte OK Compost HOME certification. If your product meets the applicable ASTM or Vincotte standard, it should meet the additional labeling requirements as set forth by California law, and such information should be included on the product detail page.
- Plastic and bioplastic products sold into California may not be labeled as biodegradable, degradable, or decomposable, or imply that the plastic product will break down or decompose.
- Amazon will restrict the sale of plastic and bioplastic products labeled with these prohibited terms into California.
- If you are a seller of a plastic and bioplastic product that meets the applicable ASTM or Vincotte standard, Amazon may require that you provide proof demonstrating that your and bioplastic plastic product meets such standards.

## Additional Resources

- FTC Green Guide Guidance
- California Public Resources Code Chapter 5.7 Plastic Products
- CalRecycle – Degradable Plastic Labeling Requirements

46.     The majority of the remanufactured ink cartridges listed and sold on Amazon make unsubstantiated environmental marketing claims violating federal law. Plaintiff has demonstrated to Defendants that new built clone printer cartridges are being misrepresented with false claims that they are remanufactured products, and false use of recycling symbols, icons, and environmental verbiage to deceive consumers into believing they are buying a recycled or a recyclable product. Plaintiff demanded that Amazon act and remove these illegal and deceitful listings, to no avail.

47.     The following are examples of common practices used to deceptively describe a product without any way to substantiate the environmental claim.

A)     The seller MeetRGB's product slides in its Amazon listing makes an

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

overstatement of its environmental attributes with a claim of using high-quality green materials and there is no way to substantiate this claim.





///
///
///

COMPLAINT FOR DAMAGES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

B)      Greencycle's listing claims it reduces its carbon footprint by using remanufactured product. Plaintiff has verified Greencycle falsely labels new manufactured clone cartridges as remanufactured and sells them as environmentally friendly product.



48.    Amazon deploys a variety of advertising tools to reach and entice customers using sponsored ads, retargeting emails, and displaying ads which appear on search engines outside its platform. Amazon gathers customer data and search history to create promotional emails and search engine marketing content to drive traffic back to its website to induce customers to make purchases. In addition, Amazon has a special badge called Amazon's Choice, which endorses products. Amazon's advertising tools leave the impression products are being sold by Amazon making Defendants active sellers of the product.

49.    Below are examples of content generated by Amazon's advertising services that promote the sale of illicit products on its platform, through email, and search engines using customers' digital information that only they hold.

A. The following is an Amazon-generated email customized for a customer based on data collected from their search. This email contains two of the illicit brands identified by Plaintiff:



B. Amazon is one of Google's biggest advertising clients, using search engine marketing to target customers off its own platform with advertisements to draw traffic to Amazon's website. Unlike other online ecommerce platforms that sell third-party products, Amazon's advertisements do not differentiate themselves

from the sellers on their platform. To the average consumer it appears Amazon is the seller of the product. Ejet is one of the brands that has been identified as one of the illicit brands of ink cartridges.



ejet Remanufactured Ink Cartridge Replacement for HP 63XL 63 XL to use with OfficeJet 3830 Envy 4520 4512 OfficeJet 4650 5255 Deskjet 1112 3634 3632

| | | |
|---|---|---|
| **Amazon.com - Seller** ejet Remanufactured Ink Cartridge Replacement for HP Ink 63 63XL Ink Cartridges for HP Printers OfficeJet 3830 5255 5258... 🚚 Free delivery | | $42.99 |
| **eBay - nelagarments** Ejet Remanufactured Ink Cartridge Replacement For Hp 63 Ink 63xl 🚚 Free delivery | | $60.48 |

Details

| Color | Multicolor |
|---|---|
| **Brand** | E-Z Ink |
| **Maximum Page Yield (Color)** | 63 page yield (color) |

Amazon.com is identified as a Seller for ejet Remanufactured ink cartridges. Whereas on eBay, the seller for the same cartridge is nelagarments





Amazon.com portrays itself as a seller. Whereas the other online ecommerce platforms disclose the name of the actual seller on their platform.



40

COMPLAINT FOR DAMAGES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C.  Defendants endorse products with their Amazon's Choice Badge which is content created by Amazon and placed on sponsored ads and on product listings, endorsing products based on customer feedback, highlighting ratings, price, popularity, availability, and delivery.  Amazon controls most of these metrics when a seller uses Amazon's Fulfillment services. In one of the examples below, Amazon endorses seller FAcms with its "Amazon's Choice" badge, which was identified by Plaintiff as misrepresented clone ink cartridges.

### More from frequently bought brands

Sponsored ⓘ





FAcms Remanufactured Canon 245XL Black Ink Replacement for Canon PG-245 PG-245XL PG...
★★★★½ 370



Limeink 3 Pack Remanufactured PG-245XL CL-246XL High Yield Ink Cartridges (2...
★★★★½ 176

$44.00 ✓prime

Amazon's Choice  in
Inkjet Printer Ink Cartridges

$34.99  ($17.50/Count)
✓prime

///

///

///

COMPLAINT FOR DAMAGES



# MUST-HAVE INK CARTRIDGES

**Smart Chips**
Intelligently recognize printers and record printed pages

**Well-Designed Package**
Keep ink cartridge in safe

**Environmentally-Friendly**
All Cartridges are recycle and reused



1. Unsubstantiated environmental claims
2. False Advertising
3. Endorsed by Amazon and ships from Amazon





Original Canon cartridge    FAcms cartridges        Original Canon cartridge    FAcms cartridges



Amazon's Choice

Side by side comparison between an original Canon cartridges and an Amazon's Choice remanufactured ink cartridges.

Amazon is promoting a counterfeit remanufactured ink cartridge deceiving customers with their recommendation

The OEM cartridge has Canon imprinted on the core of the cartridge.



FAcms cartridges do not have any OEM markings. The body is clearly different than the OEM. FAcms cartridges are new built clone cartridge. FAcms even uses different molds for its cartridges but list them as remanufactured deceiving customers.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

D. Amazon's Choice Brand endorsement is awarded to a deceptive product listing
that violates Defendants' own listing policies. Palmtree is one of the brands of
illicit ink cartridges that Plaintiff identified.

**Inspired by your browsing history**


Ankink 246XL Ink
Cartridge for Canon 246
CL-246 CL246 XL 246XL
CL-244 244XL Color to
Canon MX490 MX492...
★★★★½ 57
$42.99
Get it as soon as **Thursday,
Mar 2**
FREE Shipping on orders over
$25 shipped by Amazon
Only 1 left in stock - order...


Palmtree Compatible
245XL Ink Cartridge 2
Black Combo Pack
Replacement for Cano...
★★★★½ 2,561
Amazon's Choice  in
Inkjet Printer Ink Cartridges
$45.99 ($23.00/Count)
Get it as soon as **Thursday,
Mar 2**
FREE Shipping on orders over
$25 shipped by Amazon


The Original Donut Shop
Regular, Single-Serve
Keurig K-Cup Pods,
Medium Roast Coffee
Pods, 24 Count (Pack o...
★★★★½ 72,826
$37.91 ($0.39/Count)
Get it Mar 6 - 8
FREE Shipping
Only 10 left in stock - orde...


ColoWorld
Remanufactured Ink
Cartridge Replacement
for Canon CL-246XL CL-
244 246 XL (1 Color)...
★★★★½ 1,175
$22.89
Get it as soon as **Thursday,
Mar 2**
FREE Shipping on orders over
$25 shipped by Amazon



Amazon's Choice Badge is awarded
to a deceptive product listing that
violates Amazon's own listing
policies.

Palmtree brand claims it is a "compatible," what Amazon defines in its listing
policy as a new built cartridge. The image of the cartridge clearly makes the
claim it is "remanufactured." This is deceptive to the consumer and a
misrepresentation of the character of a remanufactured ink cartridge.

COMPLAINT FOR DAMAGES

Amazon edits Palmtree's customer reviews that do not relate to its fulfillment services, striking-out negative feedback for product quality issues, manipulating performance metrics and ratings. This helps Palmtree's metrics to receive Amazon's endorsement.

Palmtree Reviews



Amazon Awards its Amazon's Choice endorsement based on customer feedback which includes ratings, product availability, and fast delivery, criteria Amazon can unfairly manipulate when product is handled through its FBA services.

50.     When a seller uses Amazon's FBA services, Amazon processes the return and can determine if the product can be placed back into inventory for resale. Outlined in Amazon's Reimbursements policy below, if Defendants reimburse a seller for any damaged, lost or returned product, Defendants can dispose of any item or sell it on the Amazon Warehouse, listed as "Sold by Amazon Warehouse and Fulfilled by Amazon."

## Reimbursements

If we determine that your reimbursement claim is valid, we will replace the lost or damaged item with a new item of the same FNSKU or we will reimburse you for it.

If a reimbursement was made in error, or if a reimbursed item is later found and returned to your inventory, Amazon reserves the right to reverse the reimbursement credit that was applied to your account.

We may dispose of any item for which we reimburse you under this policy, including by selling it. As a result, such items — including lost items that are found after reimbursement — may be listed for sale on Amazon Warehouse or other channels.

51.    Amazon Warehouse offers deals on quality used, pre-owned, or open box products. Defendants claim, "For each used product we sell, we thoroughly test the condition of the item and provide detailed descriptions to make it easier for you to make a decision."



Frequently Asked Questions

**What is Amazon Warehouse?**

Amazon Warehouse offers great deals on quality used, pre-owned, or open box products. With all the benefits of Amazon fulfilment, customer service, and returns rights, we provide discounts on used items for customer favorites: such as smartphones, laptops, tablets, home & kitchen appliances, and thousands more. For each used product we sell, we thoroughly test the condition of the item and provide detailed descriptions to make it easier for you to make a decision.

Looking for great discounts on some of your favorite items? Or prefer buying used because it is better for the environment? Discover Amazon Warehouse used offers via our storefront, search bar, or on product detail pages.

**How do you evaluate a product's condition?**

All of our products go through a quality check by us prior to being sold. We thoroughly test the functional and physical condition of each item and give the product a specific grade before selling it. We also inspect our products for missing accessories and packaging damage. Based on our quality check, each item will be assigned one of the four evaluations to describe its overall condition: "Like New", "Very Good", "Good", and "Acceptable".

**How can I understand a product's condition?**

Since each item is unique, we use detailed descriptions to help you better understand the item condition, by describing its appearance, functional qualities, accessories and packaging condition. We provide all the detailed information on the product condition right on the product detail page, to help you make your decision. Depending on the item condition, you will find that some items have even deeper discounts.

**Used - Like New**: An item in perfect working condition, the packaging may bear some damage. The item fully functions, and all its essential accessories are complete.

**Used - Very Good**: An item in very good condition that may have seen limited use and fully functions. The item may have minor cosmetic imperfections. It may arrive with damaged packaging or be repackaged and could be missing some non-essential accessories. Missing accessories are shown under individual item description.

**Used - Good**: An item in good condition that may show wear from moderate use and fully functions. The item may arrive with damaged packaging or be repackaged. It may have minor cosmetic damage, such as a small scratch. The item may be missing some valuable accessories and it may not be used until those accessories are purchased separately. Missing accessories are shown under individual item description.

**Used - Acceptable**: An item may have clear signs of usage but still serves its main function. Item may arrive with damaged packaging or be repackaged. The item may have cosmetic damages on it or show other signs of previous use. Signs of usage can include scratches, dents, and worn corners or edges. The item may be missing some valuable accessories, components or spare parts, and it may not be used until those parts are purchased separately. Missing parts are shown under individual item description.

**How can I return my product if I am not satisfied?**

Your Amazon Warehouse purchases are covered under Amazon's Returns Policy. Just like with any Amazon purchase you make, if you are unsatisfied with the product for any reason, you can return the item in accordance with Amazon's Returns Policy. Since each item at Amazon Warehouse is unique due to its nature, we unfortunately will be unable to replace any item with its exact same condition, but we might have a similar item in stock, so don't forget to check!

**Your inventory keeps changing, is this normal?**

Yes. Since we specialize in used, pre-owned, or open box products, we can't predict future availability for any specific item, so check back often and order quickly.

///

///

///

COMPLAINT FOR DAMAGES

52.    Below are examples of identified illicit brands of ink cartridges that were purchased by Plaintiff, sold by Amazon Warehouse and fulfilled by Amazon.



46

COMPLAINT FOR DAMAGES



GREENBOX Remanufactured Ink Cartridge 61XL Replacement for HP 61XL 61 XL for HP Envy 4500 5530 5534 5535 Deskjet 1000 1056 1010 1510 1512 2540 3050 Officejet 2620 Printer (1 Black 1 Tri-Color)
Only 1 left in stock - order soon
Brand GREENBOX
Ink Color 1 Black, 1 Tri-Color
Page Yield 715
Special Feature Tri Color
Compatibility Options Remanufactured, Compatible
Color 1 Black 1 Tri-Color
About this item
Roll over image to zoom in
Used: Like New | Details
Sold by Amazon Warehouse
Fulfilled by Amazon
Add to Cart
Add to List

Your Amazon.com order of "GREENBOX Remanufactured Ink...".
amazon business
Your Account | Amazon.com
Order Confirmation
Order #114-0913494-5049844
PO# sean
Hello Sean Levi,
Thank you for shopping with us. We'll send a confirmation once your item has shipped. Your order details are indicated below. The payment details of your transaction can be found on the order invoice. If you would like to view the status of your order or make any changes to it, please visit Your Orders on Amazon.com.
This order is placed on behalf of DoorStepInk.
Your guaranteed delivery date is:
Monday, March 27
Your shipping speed:
FREE Shipping
Your order will be sent to:
[redacted]
CHATSWORTH, CA
United States
Order Details
Order Details
Order #114-0913494-5049844
Placed on today, March 21
GREENBOX Remanufactured Ink Cartridge 61XL Replacement for HP 61XL 61 XL for HP Envy 4500 5530 5534 5535 Deskjet 1000 1056 1010 1510 1512 2540 3050 Officejet 2620 Printer (1 Black 1 Tri-Color)
$32.52
Sold by Amazon.com Services LLC
Condition: Used - Like New
Item will come in original...See more
Order Total:
$35.61
To learn more about ordering, go to Ordering from Amazon.com.
If you want more information or need more assistance, go to Help.
Thank you for shopping with us.
Amazon.com

INKNI Remanufactured Ink Cartridge Replacement for HP 63XL 63 XL for Envy 4520 4512 4516 OfficeJet 3830 4650 4652 4655 5255 5258 DeskJet 1112 2132 3632 3637 Printer (Black, Color, 2-Pack)
2 Pack
63XL Black
63XL Color
Only 1 left in stock - order soon
Brand InkNI
Page Yield 480
Compatible Devices Printer
Special Feature High Yield
Compatibility Options Remanufactured
Color 63XL BLACK CYAN MAGEANTA YELLOW
About this item
Roll over image to zoom in
Used: Like New | Details
Sold by Amazon Warehouse
Fulfilled by Amazon
Add to Cart
Add to List

Your Amazon.com order of "INKNI Remanufactured Ink...".
amazon business
Your Account | Amazon.com
Order Confirmation
Order #114-0267370-3802637
PO# sean
Hello Sean Levi,
Thank you for shopping with us. We'll send a confirmation once your item has shipped. Your order details are indicated below. The payment details of your transaction can be found on the order invoice. If you would like to view the status of your order or make any changes to it, please visit Your Orders on Amazon.com.
This order is placed on behalf of DoorStepInk.
Your guaranteed delivery date is:
Monday, March 27
Your shipping speed:
FREE Shipping
Your order will be sent to:
[redacted]
CHATSWORTH, CA
United States
Order Details
Order Details
Order #114-0267370-3802637
Placed on today, March 21
INKNI Remanufactured Ink Cartridge Replacement for HP 63XL 63 XL for Envy 4520 4512 4516 OfficeJet 3830 4650 4652 4655 5255 5258 DeskJet 1112 2132 3632 3637 Printer (Black, Color, 2-Pack)
$25.90
Sold by Amazon.com Services LLC
Condition: Used - Like New
Item will come in original...See more
Order Total:
$28.36
To learn more about ordering, go to Ordering from Amazon.com.
If you want more information or need more assistance, go to Help.
Thank you for shopping with us.
Amazon.com

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   ///
26   ///
27   ///
28



48

COMPLAINT FOR DAMAGES



53.      As demonstrated above, sellers on Amazon use deceptive advertising and make unsubstantiated environmental claims regarding their products, and Defendants participate in the selling process, promotion, distribution, and dissemination of deceptively described and falsely labeled remanufactured printer ink cartridges.

54.      Defendants are catalog marketers. Catalog marketing is a form of direct marketing in which consumers or business customers select and order products directly from a printed or online catalog, rather than a retail outlet. Defendants offer millions of products broken down in different categories in their online store to sell its many product offerings to consumers at any given time. As an online catalog store, Defendants bear responsibility for verifying the advertising claims and product authenticity of its third-party sellers.

55.      Defendants are an advertising agency. Described in their own Amazon Advertising agreement they "govern Customer's access to and use of the Ad Services,

including the Advertising Console, and is made among Amazon, Customer, and each Advertiser. Defendants per its advertising agreement "may also reject or remove any Customer Materials or suspend any Campaign if: (a) the Customer Materials or Campaign violates the Ad Policies or this Agreement; (b) your account has been, or our controls identify that it may be used for deceptive or fraudulent or illegal activity; (c) Amazon believes the Customer Materials or Campaign would expose Amazon to liability; or (d) for other risk management reasons." Plaintiff identified ink cartridges falsely advertising themselves and Defendants continued to disseminate the false information through its Advertising services both on and off its platform.

56.     While Defendants claim immunity under 47 U.S.C. § 230, this contention fails, among other reasons, because it ignores their exposure for violating Section 5 of the Federal Trade Commission Act (FTC Act) (15 U.S.C. 45), which prohibits "unfair or deceptive acts or practices in or affecting commerce." The prohibition applies to all persons engaged in commerce, including banks. Under Section 5 of the FTC Act, "third parties - such as advertising agencies or website designers and catalog marketers - also may be liable for making or disseminating deceptive representations if they participate in the preparation or distribution of the advertising or know about the deceptive claims."[3] Defendants, in creating listing policies for selling ink and toner as described herein, clearly distinguish between a "remanufactured" and a "compatible" ink cartridge. In making this distinction, Defendants must know that any seller listing a product as a "remanufactured printer cartridge" would need to verify their cartridges are remanufactured from an empty OEM cartridges core to make such a claim, or otherwise risk liability for the promotion, sale, and distribution of a deceptively advertised product.

57.     With direct participation in the sales and promotion processes, Amazon bears responsibility for the advertising, sale and distribution of illicit clone ink cartridges that have been destructive to the environment and continue to harm the remanufacturing

---

[3] Federal Trade Commission Bureau of Consumer Protection, Advertising and Marketing on the Internet, Rules of the Road, p.2 (Sept. 2000); https://www.ftc.gov/system/files/ftc_gov/pdf/bus28-rulesroad-2023_508.pdf

COMPLAINT FOR DAMAGES

printer cartridge market, including Plaintiff. Amazon is undercutting legitimate remanufactured cartridge sales while simultaneously devaluing used OEM cartridge cores to the point that it is no longer cost effective to collect, recycle and remanufacture them. This deceitful business practice directly harms Plaintiff while creating enormous amount of printer cartridge waste in the United States. If allowed to continue, the inevitable results will be Plaintiff's loss of its entire business, the annihilation of the printer cartridge remanufacturing industry, an increase in plastic pollution, and consumers will no longer have a low-cost, environmentally friendly option for print-consumable products.

58.     Without a legitimate printer cartridge remanufacturing industry, consumers, recyclers, taxpayers, and the environment will continue to bear the cost of handling the plastic waste.

59.     Before the sale of illicit printer cartridges, there was a vast market for remanufacturers to obtain empty OEM cartridge cores to remanufacture. In the United States there were thousands of cartridge brokers and electronic waste recyclers collecting and selling used printer cartridges to remanufacturers for upwards of $32 per empty OEM cartridge core. Today, most if not all printer cartridge brokers are no longer in business and electronic waste recycling companies are avoiding collecting used printer cartridges as they have no monetary value and are considered waste. By contrast, Plaintiff receives more aftermarket single-use clone printer cartridge waste through its recycling collection services than viable used OEM cartridge cores to remanufacture, creating a substantial expense to handle material. Plaintiff made it clear to Defendants that they bear responsibility for selling and facilitating the sale of single-use clone printer cartridges, contributing to millions of plastic cartridges ending up in United States landfills each year. Plaintiff provided the following images to Defendants to illustrate the massive amount of printer cartridge waste it continually accumulates.



COMPLAINT FOR DAMAGES

1

2

3      60.     Amazon states "it is committed to and invested in sustainability because it's

4  a win for the planet, for business, for its customers, and for communities." Yet,

5  Defendants do not take any responsibility for millions of imported clone printer

6  cartridges sold on their platform that are neither recycled nor recyclable. By contrast,

7  OEM printer manufacturers offer a free "take back" recycling program to reclaim their

8  used cartridges. Below is a screenshot of Amazon's stated commitment of "working to

9  send less material to landfills and more back into the circular economy loop."

10 Defendants' conduct is diametrically opposed to its purported commitment and

11 constitutes "greenwashing" plastic printer cartridge waste they are responsible for selling,

12 as well as destroying the remanufacturing industry, which plays a vital role for recycling

13 cartridge waste in a circular economy.



COMPLAINT FOR DAMAGES

61.     This action seeks to stop Amazon's direct and complicit behavior, which has caused significant damage to Plaintiff. Plaintiff brings this action under federal, state and/or common law and seeks damages and injunctive relief arising out of the Lanham Act for false advertising, California Business and Professions Code section 17200, *et seq.*, for unfair competition, false advertising, misleading environmental claims and deceptive practices, and for violation of California Business and Professions Code section 17500 for false advertising.

62.     It is well documented that Amazon is plagued with counterfeit products. They have an anti-counterfeiting policy. Defendants created a Brand Registry to protect intellectual, copyright and trademark property rights. Defendants created their own Amazon Crime Unit (ACU) whose mission is to pursue counterfeiters worldwide. Conversely, when Plaintiff notified Defendants in great detail that their ecommerce platform is overrun with illicit printer cartridges, Defendants' efforts to halt the flow of millions of illegal products distributed from their warehouses across the United States can be described as meager at best. When illegal products are sold on Amazon, millions of consumers and businesses worldwide suffer while Defendants profit handsomely, adding to their multi-billion-dollar annual revenue and reported trillion-dollar valuation. Rather than enforcing their own policies and stopping the sale of these deceptively promoted products, Defendants facilitate their sales for profit. Defendants' failure to enforce their own policies, allowing sellers, and Defendants as sellers themselves, to easily circumvent their own rules, in violation of federal and state law.

63.     The proliferation of illicit clone ink cartridges defrauds millions of customers by deceiving them into believing they are purchasing recycled products. The unlawful sale of new built clone printer cartridges labeled as remanufactured causes irreparable harm to legitimate remanufacturers who are committed to selling actual recycled ink cartridges to resellers worldwide.  The sale of illicit clone ink cartridges is an enormous problem with a wide-spread negative impact. Amazon is not only aware of the problem of fraudulent or unlawful activities of sellers and warns its investors that

Amazon itself may be held liable for them in its 2018 10-K filing (pg. 14), but they condone it and conspire with sellers in order to make huge profits. Below is a screenshot from the 10-K report warning of liability concerns:

**We Could Be Liable for Fraudulent or Unlawful Activities of Sellers**

The law relating to the liability of online service providers is currently unsettled. In addition, governmental agencies could require changes in the way this business is conducted. Under our seller programs, we may be unable to prevent sellers from collecting payments, fraudulently or otherwise, when buyers never receive the products they ordered or when the products received are materially different from the sellers' descriptions. We also may be unable to prevent sellers in our stores or through other stores from selling unlawful, counterfeit, pirated, or stolen goods, selling goods in an unlawful or unethical manner, violating the proprietary rights of others, or otherwise violating our policies. Under our A2Z Guarantee, we reimburse buyers for payments up to certain limits in these situations, and as our third-party seller sales grow, the cost of this program will increase and could negatively affect our operating results. In addition, to the extent any of this occurs, it could harm our business or damage our reputation and we could face civil or criminal liability for unlawful activities by our sellers.

64.     On January 24, 2023, Defendants' in-house counsel indicated that Defendants are committed to protecting Amazon customers and ensuring the integrity of its platform. Counsel wrote that Defendants were requesting that sellers of clone cartridges substantiate their claims about their products being remanufactured and would take action as appropriate based on that information. On May 25, 2023, Plaintiff and Defendants met via Zoom. Defendants stated during the meeting that they had asked sellers to substantiate their claims about selling remanufactured and environmentally responsible ink cartridges. Third-party sellers who couldn't substantiate their product claims were instructed to change their product listings. However, sellers were allowed to continue to sell regardless of their history of defrauding consumers, and they were not suspended for falsely using the recycling logo on newly manufactured products, in violation of federal and state law. Below are before and after examples of listings by Sellers who were instructed by Defendants to change their product listings.

Listing was captured on 8.24.22. Sellyaha was claiming to be a "Remanufactured" product and fulfilled by Amazon.

Listing was captured on 7.10.23. Sellyaha changed its title and some of the description removing most claims about being "remanufactured," but still mentions remanufactured in the listing. In addition to being aware this brand makes false claims about its product, Amazon endorse it with its Amazon's Choice badge. An endorsement that is only available for FBA customers.

65. Contrary to Defendants' statements about protecting its customers and taking the allegations seriously, Defendants protected the offending selling partners instead of suspending them for the fraud that was being perpetrated on its customer and the harm it was causing the Plaintiff. Amazon was obviously more concerned with protecting its

56

COMPLAINT FOR DAMAGES

profits from the distribution, sale, advertisement, fulfillment, and logistics services associated with these illicit clone ink cartridges. The fact the Defendants instructed illicit sellers to change their description further illustrates how actively Amazon is involved in creating listings and promotional content as a partner of the sellers. It also reveals Amazon's willingness to allow sellers who have defrauded consumers for years to continue to escape responsibility and to continue selling clone cartridges and misrepresenting them.

66.     Plaintiff seeks to enjoin Amazon's sale of the illicit ink cartridges, recover actual and statutory damages, a disgorgement of Defendants' profits, and other relief, including attorneys' fees and costs. Plaintiff also seeks a recall of all the illicit ink cartridges sold by Amazon along with distribution of a notice to all affected customers that they received counterfeit, non-recyclable, new manufactured ink cartridges. Plaintiff seeks this relief because Amazon should be held accountable for facilitating the product dumping of inauthentic remanufactured ink cartridges, undercutting legitimate remanufactured cartridges, tarnishing remanufactured products' reputation by allowing the false labeling and deceptive advertising to take place, and defrauding unsuspecting customers that they were purchasing a recycled product.

67.     Inasmuch as Defendants receive, store, pick, pack, ship, and deliver the illicit ink cartridges to customers, as well as handle transactions, returns, and respond to customer feedback, they have become part of the chain of distribution.

68.     The list of items available on Defendants' website – also known as the Amazon catalog – is vast. Sellers offer their products for sale in a wide range of categories so that customers are able either to search for specific items or to browse through departments. Defendants have put in place restrictions, guidelines and policies for sellers to follow. Defendants control who can sell on its platform and Defendants can suspend and remove a seller who engages in unlawful acts. "To protect its customers and safeguard its reputation for trustworthiness, Amazon has invested heavily, both in terms of time and resources, to prevent fraud and abuse in, and to ensure the quality and

COMPLAINT FOR DAMAGES

authenticity of the products available in, the Amazon Store." (*See* Complaint, Amazon.com, etc., et al., v. Dhuog (W.D. Wash March 30, 2023), Case 2:23-cv-00484).

69.     In light of their own fraud prevention policies, Defendants have the responsibility to verify all listings that claim to be "Remanufactured," and to substantiate any environmental claims being made. After Plaintiff put Defendants on notice about the deceptive and false labeling and advertising claims arising from the sale of illicit ink cartridges on the Amazon platform, including those products being promoted, endorsed, fulfilled and sold by Defendants through their Amazon Warehouse, there has been no perceptible change in Defendants' wrongful practices.

70.     Defendants' lack of enforcement of their own rules and failure to carry out any punishment for violating their own policies only invites more bad actors to sell illicit products using unlawful business practices. Defendants' complicit behavior is causing great harm to Plaintiff by facilitating on a mass scale the flooding of falsely labeled single-use new built clone ink cartridge as "remanufactured" and selling them as recycled product, undercutting their market, tarnishing the reputation of remanufactured ink cartridge products, and clogging up the recycle stream with single-use printer cartridge cores that have no value.

71.     The sale of the illicit ink cartridges constitutes false advertising, deceptive practices and unfair competition and violates Amazon's rules and stated environmental goals, as well as federal and state laws.

///

# **CAUSES OF ACTION**

## **COUNT 1**

### **(Violation of the Lanham Act, 15 U.S.C. § 1125)**

### **AGAINST ALL DEFENDANTS**

72.     Plaintiff hereby incorporates by reference all of the allegations set forth in paragraphs 1 through 71 as though fully set forth herein.

73.     Defendants' conduct as described above constitutes the use of false

statements, false descriptions and representations of fact in violation of section 43(a) of the Lanham Act, 15 U.S.C. section 1125(a), that are likely to deceive and do in fact deceive the public into falsely believing that the illicit ink cartridges sold on Amazon are remanufactured, recyclable products.

74.    Defendants' conduct as described above constitutes the using of false statements, false description and representations of fact in violation of section 43(a) of the Lanham Act, 15 U.S.C. section 1125(a), that are likely to deceive and do in fact deceive the public into falsely believing that the ink cartridges sold on Amazon are made from OEM cores.

75.    Defendants' acts as described above constitute the using by each Defendant, in violation of section 43(a) of the Lanham Act, 15 U.S.C. section 1125(a), of words, terms, names, symbols and false and misleading descriptions of fact, and false and misleading representations of fact, which, in commercial advertising or promotion misrepresents the nature, characteristics or qualities of Defendants' goods, services or commercial activities.

76.    As a result of Defendants' false and misleading advertising, Planet Green has suffered a direct diversion of customers and has been and will be deprived of substantial revenue in an amount to be determined at trial.

77.    Defendants have caused and will continue to cause immediate and irreparable injury to Plaintiff, including injury to its business, for which there is no adequate remedy at law. As such, Plaintiff is entitled to an injunction under 15 U.S.C. section 1116, restraining Defendants, their agents, employees, representatives and all persons acting in concert with them from engaging in further acts in violation of section 43(a) of the Lanham Act, 15 U.S.C. section 1125(a), and ordering removal of the false advertising.

78.    Plaintiff is entitled under 15 U.S.C. section 1117, to actual damages to be determined at trial, to have such damages trebled, to disgorgement of Defendants' profits, and costs of this action.

79.     In the course of committing the wrongful acts alleged herein, Defendants made and are making false or misleading descriptions of fact or representations of fact and commercial advertisements about its own or another's product that was and is material, in that it is likely to influence the purchasing decision of consumers. Each such misrepresentation actually deceives or has a tendency to deceive a substantial segment of its audience, and each Defendant has placed a false or misleading statement in interstate commerce. Plaintiff directly competes with the sellers promoted by Amazon, and Amazon through its FBA services is a direct seller of the illicit ink cartridges. In addition, Defendants take possession of illicit clone ink cartridges, promotes, distributes, sells and fulfills the clone cartridges, including through its Amazon Warehouse website.  Plaintiff has been and is likely to be injured as a result of Defendants' misconduct by direct loss and diversion of sales.

80.     Defendants' wrongful acts as described herein were knowing, willful and egregious and continued despite Defendants' knowledge that they were illegal.

81.     Plaintiff is entitled to injunctive relief, reasonable attorneys' fees and the costs of this action under sections 34 and 35 of the Lanham Act, 15 U.S.C. sections 1116 and 1117.

# COUNT 2

## (Common Law Unfair Competition)

## AGAINST ALL DEFENDANTS

82.     Plaintiff hereby incorporates by reference all of the allegations set forth in paragraphs 1 through 81 as though fully set forth herein.

83.     The wrongful conduct of Defendants as alleged herein constitutes unfair trade practices and unfair competition under the common law.

84.     Defendants' conduct as described above has at all times been willful and/or knowing.

85.     As a direct and proximate result of the actions of Defendants described herein, Plaintiff has been damaged and will continue to be damaged in an amount

according to proof at the time of trial.

## COUNT 3

### (Unfair Competition in Violation of California Unfair Competition Law – Unlawful and Unfair Prongs (Cal. Bus. & Prof. Code § 17200, *et seq*.))

### AGAINST ALL DEFENDANTS

86.     Plaintiff hereby incorporates by reference all of the allegations set forth in paragraphs 1 through 85 as though fully set forth herein.

87.     Defendants have engaged and continue to engage in the acts or practices described above, including, but not limited to using false statements, false descriptions and representations of fact that are likely to deceive and do in fact deceive the public into falsely believing that the illicit ink cartridges sold on Amazon as described above are remanufactured products. This conduct is unlawful, fraudulent, and unfair, and constitutes unfair competition within the meaning of section 17200 of the California Business and Professions Code.

88.     Additionally, the illicit ink cartridges sold by Defendants as alleged herein falsely claim they are environmentally sound or recycled products, which also violates section 17200 of the California Business and Professions Code.  In light of the significant amount of plastic that is labeled as recyclable and instead ends up in landfills, incinerators, communities, and the natural environment, the Legislature of the State of California has declared that "it is the public policy of the state that environmental marketing claims, whether explicit or implied, should be substantiated by competent and reliable evidence to prevent deceiving or misleading consumers about the environmental impact of plastic products." Cal. Pub. Res. Code § 42355.5. The policy is based on the Legislature's finding that "littered plastic products have caused and continue to cause significant environmental harm and have burdened local governments with significant environmental cleanup costs." *Id.* § 42355.

89.     California Business and Professions Code section 17580.5 makes it "unlawful for any person to make any untruthful, deceptive, or misleading environmental

marketing claim, whether explicit or implied." Pursuant to that section, the term "environmental marketing claim" includes any claim contained in the Guides for use of Environmental Marketing Claims published by the FTC (the "Green Guides"). *Id.*; *see also* 16 C.F.R. § 260.1, *et seq.*

90.    Under the Green Guides, "[i]t is deceptive to misrepresent, directly or by implication, that a product or package is recyclable. A product or package shall not be marketed as recyclable unless it can be collected, separated, or otherwise recovered from the waste stream through an established recycling program for reuse or use in manufacturing or assembling another item." 16 C.F.R. § 260.12(a). This definition encompasses the three prongs of recyclability that are commonly used in the solid waste industry: (1) accessibility of recycling programs ("through an established recycling program"); (2) sortability for recovery ("collected, separated, or otherwise recovered from the waste stream"); and (3) end markets ("for reuse or use in manufacturing or assembling another item"). The California Public Resources Code similarly defines recycling as "the process of collecting, sorting, cleansing, treating, and reconstituting materials that would otherwise become solid waste, and returning them to the economic mainstream in the form of raw material for new, reused, or reconstituted products which meet the quality standards necessary to be used in the marketplace." *Id.* § 40180.

91.    These definitions are consistent with reasonable consumer expectations. For instance, the dictionary defines the term "recycle" as: (1) convert (waste) into reusable material, (2) return (material) to a previous stage in a cyclic process, or (3) use again. Oxford Dictionary, Oxford University Press 2020. Accordingly, reasonable consumers expect that products advertised, marketed, sold, labeled, or represented as recyclable will be collected, separated, or otherwise recovered from the waste stream through an established recycling program for reuse or use in manufacturing or assembling another item.

92.    Defendants' conduct violates California Business and Professions Code section 17580.5, which makes it unlawful for any person to make any untruthful,

deceptive, or misleading environmental marketing claim. Pursuant to section 17580.5, the term "environmental marketing claim" includes any claim contained in the Green Guides. 16 C.F.R. § 260.1, *et seq.* Under the Green Guides, "[i]t is deceptive to misrepresent directly or by implication, that a product or package is recyclable. A product or package shall not be marketed as recyclable unless it can be collected, separated, or otherwise recovered from the waste stream through an established recycling program for reuse or use in manufacturing or assembling another item." 16 C.F.R. § 260.12(a).  By misrepresenting that the Products are recyclable as described above, Defendants are violating Business and Professions Code section 17580.5.

93.    By violating the FTC Act, Business and Professions Code sections 17500 and 17580.5, and the California Public Resources Code, Defendants have engaged in unlawful business acts and practices which constitute unfair competition within the meaning of Business and Professions Code section 17200.

94.    Defendants have engaged and continue to engage in the acts or practices described herein, which are unlawful, and which constitute unfair competition within the meaning of section 17200 of the California Business and Professions Code.

95.    Defendants have engaged and continue to engage in the acts or practices described above, all of which are unfair, irrespective of the violation of any other law, and which constitute unfair competition within the meaning of section 17200 of the Business and Professions Code.

96.    Under California Business and Professions Code section 17200, *et seq.*, Plaintiff seeks injunctive and other equitable relief to require Defendants to cease their anticompetitive conduct, to restore fair competition, to deny Defendants the fruits of their illegal conduct, specifically, through restitution to prevent the resumption of that conduct or conduct with the same effect, to impose a civil penalty of $2,500.00 against Defendants for each violation of  Business and Professions Code section 17200, and to impose such other relief as may be just and proper for Defendants' violation of the California Unfair Competition law.

**COUNT 4**

**(Violation of California False Advertising Law (Cal. Bus. & Prof. Code § 17500, *et seq.*))**

**AGAINST ALL DEFENDANTS**

97.   Plaintiff hereby incorporates by reference all of the allegations set forth in paragraphs 1 through 96 as though fully set forth herein.

98.   California Business and Professions Code section 17500 states:

> It is unlawful for any person, firm, corporation or association, or any employee thereof with intent directly or indirectly to dispose of real or personal property or to perform services, professional or otherwise, or anything of any nature whatsoever or to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated before the public in this state, or to make or disseminate or cause to be made or disseminated from this state before the public in any state, in any newspaper or other publication, or any advertising device, or by public outcry or proclamation, or in any other manner or means whatever, including over the Internet, any statement, concerning that real or personal property or those services, professional or otherwise, or concerning any circumstance or matter of fact connected with the proposed performance or disposition thereof, which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading, or for any person, firm, or corporation to so make or disseminate or cause to be so made or disseminated any such statement as part of a plan or scheme with the intent not to sell that personal property or those services, professional or otherwise, so advertised at the price

stated therein, or as so advertised. Any violation of the provisions of this section is a misdemeanor punishable by imprisonment in the county jail not exceeding six months, or by a fine not exceeding two thousand five hundred dollars ($2,500), or by both that imprisonment and fine.

Cal. Bus. & Prof. Code § 17500.

99. Defendants violated Business and Professions Code section 17500 by making or disseminating or causing to be disseminated before the public in this state, deceptive, untrue or misleading statements in connection with the sale of goods as alleged above and Defendants knew or in the exercise of reasonable care should have known such untrue or misleading statements were deceptive, untrue or misleading concerning the sale of nonrecyclable, non-OEM ink cartridges, all in a manner that was likely to mislead or deceive a reasonable consumer.

100. By reason of Defendants' deceptive, untrue, and misleading advertising, Plaintiff has suffered and will continue to suffer irreparable injury unless and until this Court enters an order enjoining Defendants from any further acts of deceptive, untrue and misleading advertising. Defendants' continuing acts of deceptive, untrue and misleading advertising, unless enjoined, will cause irreparable damage to Plaintiff in that it will have no adequate remedy at law to compel Defendants to cease such acts, and no way to determine its losses caused by such Defendants. Plaintiff is therefore entitled to a preliminary injunction and a permanent injunction against further deceptive, untrue and misleading advertising by Defendants. Brands found to have falsely labeled their products should be permanently removed and banned from further sale on Defendants' platform.

101. As a direct and proximate result of Defendants' deceptive, untrue and misleading advertising, Defendants have wrongfully taken Plaintiff's profits and its substantial investment of time, energy and money. Defendants therefore should disgorge all profits from the conduct alleged herein and, further, should be ordered to perform full

restitution to Plaintiff as a consequence of their deceptive, untrue and misleading advertising. Defendants' acts as described above constitute false and misleading descriptions and misrepresentations of fact in California, which, in commercial advertising and promotion, misrepresent the nature, characteristics and qualities of their products in violation of the False Advertising law in Business and Professions Code section 17500, *et seq*.

## **PRAYER**

WHEREFORE, Plaintiff prays for judgment and relief against Defendants, and each of them, as follows:

1.     That the Court preliminarily and permanently enjoin Defendants from conducting their business through unlawful, unfair or fraudulent business acts or practices, untrue and misleading advertising, and other violations of law described in this complaint;

2.     That the Court order Defendants to conduct corrective advertising and an information campaign advising consumers that the counterfeit ink cartridges do not have the characteristics, uses, benefits or qualities Defendants have claimed;

3.     That the Court order Defendants to cease and desist from marketing and promotion of the illicit clone ink cartridges that state or imply the cartridges are recyclable;

4.     That the Court order Defendants to implement all measures necessary to remedy the unlawful, unfair or fraudulent business acts or practices, untrue and misleading advertising, and other violations of law described in this complaint;

5.     That the Court award damages to Plaintiff in a sum not less than $500,000,000.00;

6.     That the Court order Defendants to disgorge all profits from their unlawful, unfair or fraudulent business acts or practices, untrue and misleading advertising, and other violations of law described in this complaint, and an award of enhanced or treble damages, in an amount to be determined at trial;

7.     That the Court order Defendants to civil penalties in the amount of $2,500.00 for each violation of California Business and Professions Code sections 17200 and 17500 as alleged in this complaint;

8.     That the Court grant Plaintiff its reasonable attorneys' fees and costs of suit; and

9.     That the Court grant such other and further relief as may be just and proper.

DATED: August 14, 2023                TROYGOULD PC


                                       /s/ John C. Ulin
                                      _____
                                      John C. Ulin
                                      Attorneys for Plaintiff
                                      PLANET GREEN CARTRIDGES, INC.

## **DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. Pro. 38(b), Plaintiff demands a trial by jury for all issues so triable.


DATED: August 14, 2023                TROYGOULD PC


                                       /s/ John C. Ulin
                                      _____
                                      John C. Ulin
                                      Attorneys for Plaintiff
                                      PLANET GREEN CARTRIDGES, INC.

COMPLAINT FOR DAMAGES