# EXHIBIT 1

LAW OFFICES OF
# DANIEL J. SPIELFOGEL
2660 TOWNSGATE ROAD
SUITE 600
WESTLAKE VILLAGE, CALIFORNIA 91361
TELEPHONE (805) 373-8907
FACSIMILE (805) 373-8927
dans@djslaw.com

June 23, 2022


Via Email: davidz@amazon.com
and U.S. Mail

David A. Zapolsky
Amazon.com
2021 7th Avenue
Seattle, WA  98121-2501

Re:    My Client:  Planet Green, Inc.
       **Notice of Counterfeit Non-OEM New Built Canon Ink Cartridges Falsely Labeled as Remanufactured, False, Deceptive and Misleading Advertising and Unfair Competition**

Dear Mr. Zapolsky:

Please be advised that the undersigned represents the interests of Planet Green Cartridges, Inc., a U.S. remanufacturing company of printer inkjet cartridge products, located in Chatsworth, California. Planet Green has been in business for over twenty-two years remanufacturing only used empty OEM core ink cartridges that are collected from consumers throughout the United States and sold as a recycled product.

We have identified counterfeit ink cartridges sold on a mass scale by Amazon sellers. The products in question are non-OEM new built Canon ink cartridges that are listed and labeled as remanufactured and sold as a recycled product. These new built counterfeit cartridges are made to look exactly like the OEM product to mislead consumers into believing that they are buying a recycled OEM product.

The enclosed document substantiates my client's claims. I urge you to review it carefully. The conduct described therein constitutes violations of law, including, but not limited to 1) the Lanham Act for false advertising, 2) California Business and Professions Code §§ 17200, et seq., for unfair competition, false advertising and deceptive practices, 3) California Business and Professions Code § 17580.5 for deceptive and misleading environmental claims and 4) California Public Resources Code § 42355.51 for making untruthful, deceptive and misleading environmental marketing claims in the advertisement and sale of goods. Additionally,  these

David A. Zapolsky
Amazon.com
June 23, 2022
Page 2

Amazon Sellers are violating Amazon's policies for listing and selling ink cartridges and making deceitful environmental claims.

These Seller violations are harming my client's business. The illegal and anti-competitive behavior on Amazon's platform has caused significant damage to my client's business. Amazon has been complicit in their Sellers' wrongful conduct, aiding and abetting their illegal activities. Unless Amazon takes immediate action, my client has instructed me to pursue a claim for actual damages, lost profits, disgorgement of profits, corrective advertising, injunctive relief and attorneys' fees.

To avoid litigation, we demand that Amazon take immediate and corrective action to stop the illegal activity by 1) Removing all Sellers identified in the enclosed presentation from the platform; and  2) Removing all Sellers who use the term "compatible" interchangeably with "remanufactured." This includes listings that may state "compatible" but product images claim "remanufactured."

My client will continue to identify Sellers of ink cartridges on Amazon that violate the law and bring them to Amazon's attention. If Amazon wishes to see firsthand the cartridges in question, my client is open to have an Amazon representative visit their facility.

We urge you to take the steps requested above. Amazon cannot ignore its shared responsibility with the Sellers of these counterfeit products, as you continue to allow false and deceptive advertising on your website. Please contact me no later than June 30, 2022, to confirm you will be taking the requested action. Failing that, we will pursue all available legal remedies.

Nothing in this correspondence shall constitute a waiver of Planet Green's rights and remedies, all of which are expressly reserved.

Very truly yours,

LAW OFFICES OF DANIEL J. SPIELFOGEL

DANIEL J. SPIELFOGEL

DJS/bb

Enclosure as stated.

# Amazon Seller Violations

AMAZON'S SELLERS OF NON-OEM SINGLE USE CLONE PRINTER INK CARTRIDGES ARE FALSELY LABELING AND/OR LISTING PRODUCTS AS "REMANUFACTURED" AND SOLD AS A RECYCLED PRODUCT.

- THE SELLING TACTIC IS ANTI-COMPETITIVE & FALSE ADVERTISING.

- THE SELLERS INVOLVED ARE DECEIVING CUSTOMERS, WHILE VIOLATING AMAZON'S POLICIES, FTC GUIDELINES, FEDERAL AND STATE LAWS.

- NON-OEM NEW BUILT SINGLE USE CLONE PRINTER INK CARTRIDGES ARE DESTRUCTIVE TO OUR ENVIRONMENT AND ARE ANTITHETICAL TO AMAZON'S ENVIRONMENTAL MISSION AND EFFORTS.

Presentation to inform Amazon about illegitimate ink cartridge sellers on its platform and the environmental impact of their products.

Presented By
Planet Green

# Presentation Overview

We purchased numerous aftermarket ink cartridges from Amazon sellers and discovered they are not remanufactured or recycled products as they claim. We documented the purchase, the ASIN, and took pictures of the product and packaging when they arrived.

This presentation will detail the following:
- New-Bult Cartridges falsely labeled as Remanufactured
    - Examples of brands making false claims as a recycled or remanufactured product on both packaging and cartridge
    - Sellers claiming their products are both a "compatible" and a "remanufactured" ink cartridge in their listings
    - Seller Violations of Federal and California State law
    - Seller Violations of FTC Environmental Marketing Guidelines
    - Seller Violations of Amazon's Ink Cartridge Listing Policies
- Environmental Impact
    - Amazon's Environmental Mission & Efforts
- How Amazon can be part of the solution

# Section 1- False Claims Regarding Packaging and Product

The following slides illustrate issues found:

1. False labelling of packaging and product
   I. Misusing recycling symbol or with other recycling indicators to claim product or packaging is recyclable or made from recycled material.
2. New built non-OEM clone printer cartridges claiming to be a "remanufactured" ink cartridge.
3. The issue of using "compatible" and "remanufactured" interchangeably to describe products was found to be a category-wide problem.
4. Seller Violations
   I. Federal and California State Law
   II. Violate FTC Environmental Marketing Claims
   III. Violate Amazon's Environmental Claim guidelines
   IV. Violate Amazon's Policy for Categorizing Ink Cartridges
   V. Violate Amazon's Policy for how to title listing for Ink Cartridges

5. Summary

Seller listing claiming to be a remanufactured product.

Seller's product and packaging purchased on Amazon claiming the cartridge is remanufactured.



Our investigation revealed BJ Ink Cartridge is a new built cartridge and not remanufactured from an OEM Core as they claim.

THIS PRACTICE VIOLATES

1. FEDERAL & CALIFORNIA STATE LAW

2. FTC ENVIRONMENTAL MARKETING GUIDELINES

# BJ Ink Cartridge False Recycling Claim                    Example 1

BJ Ink Cartridge is indicating to the consumer its cartridge can be recycled, but there are no instructions on the packaging or product to indicate how and where to recycle this product.

BJ Ink Cartridge uses the recycling logo on its packaging clearly indicating on its packaging and on its product that is a recycled product.



# This is an example of a New Built Ink Cartridge Claiming to be a Remanufactured Product







Side by side comparison between an original Canon cartridge and a new built non-OEM clone cartridge labeled as a remanufactured and sold as a recycled product.

The OEM cartridge has Canon imprint in the core of the cartridge. The body of the clone is a new built cartridge.

BJ Ink Cartridge does not have any OEM mark or markings of any kind to indicate its an original Canon cartridge

V-Surink listing is claiming to be a remanufactured product.

They make an environmental marketing claim in their listing about choosing remanufactured product when their product is not remanufactured.



Our investigation revealed V-Surink Printer Cartridges are new built cartridges and not remanufactured from an OEM Core as they claim.

THIS PRACTICE VIOLATES

1. FEDERAL & CALIFORNIA STATE LAW

2. FTC ENVIRONMENTAL MARKETING GUIDELINES

# V-Surink Ink Cartridge False Recycling Claim          Example 2





V-Surink is making the claim their ink cartridges are remanufactured.

V-Surink uses the recycling logo on its packaging and product clearly indicating to consumers that it is a recycled product.

# Example of New Built Combo Pack of Ink Cartridges Claiming to be a Remanufactured Product



Original OEM cartridges   V-Surink cartridges

Side by side comparison between an original Canon cartridges and a new built non-OEM clone cartridges labeled as a **remanufactured** product.



Original OEM cartridges   V-Surink cartridges

The OEM cartridge Canon imprint in the core of the cartridge.

The OEM cartridge Canon imprint in the core of the cartridge.

Original OEM cartridges   V-Surink cartridges

V-Surink cartridges do not have any OEM markings. The body of the clone is a new build cartridge. V-Surink makes a purposeful attempt to scratch the cartridges as if the OEM markings were edged out to fool consumers.



Inktopia Compatible Ink Cartridge Replacement for Canon
246XL CL 246 XL Cl-246Xl CL-244 (1 Color) for Canon PIXMA
MG2520 MG2920 MG2922 MG2420 MG2522 MG2525
MG3020 MG2555 MX490 MX492 Printer

Visit the Inktopia Store
★★★★½ ˅  489 ratings

Price: **$23.99** Get **Fast, Free Shipping** with Amazon Prime & FREE Returns ˅

| | |
|---|---|
| **Brand** | Inktopia |
| **Color** | Tricolor |
| **Compatibility Options** | Remanufactured |
| **Page Yield** | 300 |
| **Special Feature** | Tri Color |
| **Compatible Devices** | Printer |
| **Ink Color** | 1 Tri color |

**About this item**

- Package Contents: Inktopia Replacement for Canon CL-246XL 246XL 246 XL CL-244 Ink Cartridges

Circled is one example of how a Seller is
listing cartridge as both a "compatible" and
"Remanufactured" product.

THIS CLEARLY VIOLATES
AMAZON'S POLICY ON HOW
TO LIST INK CARTRIDGES

# Violations Of Federal & California Law

## Applicable Statutes

**Lanham Act - §1125 FALSE DESIGNATIONS OF ORIGIN, FALSE DESCRIPTIONS, AND DILUTION FORBIDDEN**

(1) Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which—

(A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or

(B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities,

- (California) Section 17200 of the Business and Professions Code - Business and Professions Code Section 17200, also known as California's Unfair Competition Law ("UCL") prohibits any unlawful, unfair or fraudulent business act or practice. It also prohibits unfair, deceptive, untrue or misleading advertising.
- (California) Section 17500 of the business and professions code - Under California Business and Professions Code Section 17500, making false or misleading statements in advertising is a criminal offense that can result in jail sentences
- (California) Section 42355.51 of the California Public Resources Code, CA  - A person shall not offer for sale, sell, distribute, or import into the state any product or packaging for which a deceptive or misleading claim about the recyclability of the product or packaging is made.
- (California) Section 17580.5 of the Business and Professions Code, CA- It is unlawful for any person to make any untruthful, deceptive, or misleading environmental marketing claim, whether explicit or implied

# FTC Guide for Use of Environmental Marketing Claims

## Applicable Code for Federal Regulations

### § 260.2 Interpretation and substantiation of environmental marketing claims.

Section 5 of the FTC Act prohibits deceptive acts and practices in or affecting commerce. A representation, omission, or practice is deceptive if it is likely to mislead consumers acting reasonably under the circumstances and is material to consumers' decisions. *See* FTC Policy Statement on Deception, 103 FTC 174 (1983). To determine if an advertisement is deceptive, marketers must identify all express and implied claims that the advertisement reasonably conveys. Marketers must ensure that all reasonable interpretations of their claims are truthful, not misleading, and supported by a reasonable basis before they make the claims.

### § 260.12 Recyclable claims.

(a) It is deceptive to misrepresent, directly or by implication, that a product or package is recyclable. A product or package should not be marketed as recyclable unless it can be collected, separated, or otherwise recovered from the waste stream through an established recycling program for reuse or use in manufacturing or assembling another item.

(b) Marketers should clearly and prominently qualify recyclable claims to the extent necessary to avoid deception about the availability of recycling programs and collection sites to consumers.

### § 260.13 Recycled content claims.

(a) It is deceptive to misrepresent, directly or by implication, that a product or package is made of recycled content. Recycled content includes recycled raw material, as well as used,[66] reconditioned, and re-manufactured components.

(b) It is deceptive to represent, directly or by implication, that an item contains recycled content unless it is composed of materials that have been recovered or otherwise diverted from the waste stream, either during the manufacturing process (pre-consumer), or after consumer use (post-consumer). If the source of recycled content includes pre-consumer material, the advertiser should have substantiation that the pre-consumer material would otherwise have entered the waste stream. Recycled content claims may - but do not have to - distinguish between pre-consumer and post-consumer materials. Where a marketer distinguishes between pre-consumer and post-consumer materials, it should have substantiation for any express or implied claim about the percentage of pre-consumer or post-consumer content in an item.

(c) Marketers can make unqualified claims of recycled content if the entire product or package, excluding minor, incidental components, is made from recycled material. For items that are partially made of recycled material, the marketer should clearly and prominently qualify the claim to avoid deception about the amount or percentage, by weight, of recycled content in the finished product or package.

(d) For products that contain used, reconditioned, or re-manufactured components, the marketer should clearly and prominently qualify the recycled content claim to avoid deception about the nature of such components. No such qualification is necessary where it is clear to reasonable consumers from context that a product's recycled content consists of used, reconditioned, or re-manufactured components.

Source: Code of Federal Regulations Part 260 Guides for the Use of Environmental Marketing https://www.ecfr.gov/current/title-16/chapter-I/subchapter-B/part-260

# AMAZON POLICY

Amazon specifically gives *Environmental Marketing Guidelines* compelling seller to comply with local, state and federals laws that regulate environmental marketing claims. Refers to *FTC's Guides for the Use of Environmental Marketing Claims* and certain California laws

**Remember:** You must comply with all applicable federal laws when listing and selling products on Amazon.com. You must also comply with state and local laws applicable to the jurisdiction into which your products are sold. **Sellers using Fulfillment by Amazon,** please also see FBA Prohibited Products for additional product restrictions.

We want to make it easy for buyers to find, discover, and buy products that are marketed as environmentally friendly or "green." However, it is also important to provide buyers with information about those products that is accurate and trustworthy, and that is not misleading about the qualities or characteristics of a product that make it environmentally friendly or "green." To sell products that are marketed with environmental claims on Amazon.com, you must ensure that the marketing claims you make on your product packaging and on your product detail page meet not only all federal laws such as the FTC's *Guides for the Use of Environmental Marketing Claims* (known as the "Green Guides"), but also all applicable state and local laws that regulate environmental claims. These laws include California's law restricting the use of compostable- and biodegradable-related claims on plastic products.

Source: Help / Policies, agreements, and guidelines / Program Policies / Product guidelines / **Environmental Marketing Guidelines**

AMAZON SELLER VIOLATIONS



# AMAZON POLICY

Amazon specifically gives guidance to sellers on the differences between a "Compatible" (primarily new) and "Remanufactured" (primarily used) Printer Cartridge.

## Categorizing ink or toner cartridges

Categorize ink or toner cartridges according to the definitions below.

1. **Same-Brand Ink or Toner Cartridge in Retail Packaging**
   - A same-brand ink or toner cartridge is manufactured under the same brand name as printer in which the cartridge is used (such as, HP, Canon, Epson, Lexmark, Brother, etc.).
2. **Compatible Ink or Toner Cartridge**
   - An ink or toner cartridge designed to work with a particular printer, but was not manufactured under the same brand name as the printer in which the cartridge is intended to be used. These cartridges are produced using mostly new or all new parts and components.
3. **Remanufactured Ink or Toner Cartridge**
   - A cartridge that has been used, remanufactured, and refilled with ink or toner. To varying degrees, the cartridge may have been taken apart, cleaned, and had parts replaced.
4. **Refilled Ink or Toner Cartridge**
   - A cartridge that has been used and refilled with ink or toner. All of the cartridge's current components were manufactured by the same company that manufactured the printer in which the cartridge is intended to be used. The refilling process did not involve any disassembly, cleaning, or replacement of parts.

Source: Amazon Seller Central/ Help/Policies, agreement, and guidelines/program Policies/Product Guidelines/Selling ink or toner cartridges

AMAZON SELLER VIOLATIONS

---

## Selling ink or toner cartridges

This page outlines requirements for listing ink or toner cartridges, and explains how to categorize them into appropriate sub categories on Amazon. Please see Ink or toner listing guidelines for additional information on how to appropriately list these products on Amazon.

### Category requirements

Amazon limits the types of ink or toner cartridges that sellers can list to ensure that customers are able to buy with confidence from sellers on Amazon.com. Please note the following requirements:

- Amazon prohibits sellers from listing ink or toner cartridges in "Refurbished" or "Used" condition. All listings, including remanufactured, refilled and compatible ink or toner, must be in "New" condition.
- Remanufactured, refilled and compatible ink or toner products must be listed as separate ASINs. You cannot use the same ASINs as the original/OEM ink or toner products. See Ink or toner listing guidelines for additional details.
- All ink or toner cartridges must be packaged in unopened retail packaging, and product images must accurately depict the retail packaging the customer will receive. Sellers are prohibited from listing ink or toner cartridges in open box condition or in inner factory foil packaging.
- All ink or toner products must be fully functional and free from defects that could render them unusable or harmful to printers (for example damaged, dried or leaking cartridges).
- Sellers may offer custom bundles of ink or toner cartridges (that are not manufacturer-created multipacks), provided each individual cartridge in the bundle is in its original retail packaging. A custom bundle must be listed as its own ASIN, with image, bullet points and product description clearly indicating that it comprises individual packs bundled together.
- Please refer to the Product Bundling Policy for additional listing requirements.
- All major brands require UPCs. See Product UPCs and GTINs for further details, which includes requirements for products sold as bundles and requirements for products sold as packs.
- Best Before, Use Before, Use By, and Warranty Ends are all considered expiration dates. Expiration dates are the dates suggested by the manufacturer, and are printed on the product packaging, the product, or both.
- The expiration date printed by the manufacturer should be clearly visible when the product is shipped. Ink or toner, if they have an expiration date suggested by the manufacturer, should only be shipped to customers when the ink or toner is at least 180 days prior to the date of expiration. FBA sellers should ship their products to FBA reasonably prior to 180 days before the date of expiration.

### Categorizing ink or toner cartridges

Categorize ink or toner cartridges according to the definitions below.

1. **Same-Brand Ink or Toner Cartridge in Retail Packaging**
   - A same-brand ink or toner cartridge is manufactured under the same brand name as printer in which the cartridge is used (such as, HP, Canon, Epson, Lexmark, Brother, etc.).
2. **Compatible Ink or Toner Cartridge**
   - An ink or toner cartridge designed to work with a particular printer, but was not manufactured under the same brand name as the printer in which the cartridge is intended to be used. These cartridges are produced using mostly new or all new parts and components.
3. **Remanufactured Ink or Toner Cartridge**
   - A cartridge that has been used, remanufactured, and refilled with ink or toner. To varying degrees, the cartridge may have been taken apart, cleaned, and had parts replaced.
4. **Refilled Ink or Toner Cartridge**
   - A cartridge that has been used and refilled with ink or toner. All of the cartridge's current components were manufactured by the same company that manufactured the printer in which the cartridge is intended to be used. The refilling process did not involve any disassembly, cleaning, or replacement of parts.

# AMAZON POLICY

**Amazon specifically gives guidance on how to title ink or toner cartridges:**

---

**Remanufactured and Refilled Ink or Toner Cartridge**

[Third Party Brand] + "Remanufactured" + [Product: Ink or Toner Cartridge] + "Replacement for" + [OEM Brand] + [Series Name] + [Model Name] + ([Color(s)], [#-Pack], if app)
Examples

• LD Products + Remanufactured + Ink Cartridge + Replacement for + HP + 02 + (Black, 5-Pack) = LD Products Remanufactured Ink Cartridge Replacement for HP 02 (Black, 5-Pack)
• Office 66 + Remanufactured + Toner Cartridge + Replacement for + Brother + TN-350 + (Black) = Office 66 Remanufactured Toner Cartridge Replacement for Brother TN-350 (Black)

**Compatible Ink or Toner Cartridge**

[Third Party Brand] + "Compatible" + [Product: Ink or Toner Cartridge] + "Replacement for" + [OEM Brand] + [Series Name] + [Model Name] + ([Color(s)], [#-Pack], if app)
Examples

• LD Products + Compatible + Ink Cartridge + Replacement for + HP + 02 + (Black, 5-Pack) = LD Products Compatible Ink Cartridge Replacement for HP 02 (Black, 5-Pack)
• Office 66 + Compatible + Toner Cartridge + Replacement for + Brother + TN-350 + (Black) = Office 66 Remanufactured Toner Cartridge Replacement for Brother TN-350 (Black)

Source: Amazon Seller Central Help / Increase sales / Reference / Browse & Search / Consumer Electronics / The Consumer Electronics Store Style Guide / Subcategory Specifications / Ink or Toner

AMAZON SELLER VIOLATIONS

---

Help / Increase sales / Reference / Browse & Search / Consumer Electronics / The Consumer Electronics Store Style Guide / Subcategory Specifications / Ink or Toner

## Ink or Toner

To provide a great customer experience, sellers have to ensure the ASIN title, brand name, images, feature bullets and product description accurately describe the ink or toner product being listed. Failure to follow Amazon's listing guidelines could result in the removal of your listings or the loss of your selling privileges on Amazon. Please follow the below listing specifications as closely as possible, and please see Selling Ink or Toner Cartridges for details about category requirements, and to learn how to categorize your ink or toner products on Amazon.

### Title

A good title should be descriptive enough for a customer to make the purchase based on the information in the title alone. Avoid marketing content (free, exclusive, bonus, stylish, lightweight, heavy duty, etc.) or use of the title field to list hardware compatibility. Pay attention to title formats listed below for Remanufactured, Refilled and Compatible products to ensure appropriate usage of brand names.

**Same-Brand Ink or Toner Cartridge in Retail Packaging**

[OEM Brand] + [Series Name] + [Model Name] + [Product: Ink or Toner Cartridge] + ([Color(s)], [#-Pack], if app) + "in Retail Packaging"
Examples

• HP + 02 + Ink Cartridge + (Black, 5-Pack) + in Retail Packaging = HP 02 Inkjet Cartridge (Black, 5-Pack) in Retail Packaging
• Brother + TN-350 + Toner Cartridge + (Black) + in Retail Packaging = Brother TN-350 Toner Cartridge (Black) in Retail Packaging

**Refilled Ink or Toner Cartridge**

[Third Party Brand] + "Refilled" + [Product: Ink or Toner Cartridge] + "Replacement for" + [OEM Brand] + [Series Name] + [Model Name] + ([Color(s)], [#-Pack], if app)
Examples

• LD Products + Refilled + Ink Cartridge + Replacement for + HP + 02 + (Black, 5-Pack) = LD Products Refilled Inkjet Cartridge Replacement for HP 02 (Black, 5-Pack)
• Office 66 + Refilled + Toner Cartridge + Replacement for + Brother + TN-350 + (Black) = Office 66 Refilled Toner Cartridge Replacement for Brother TN-350 (Black)

**Remanufactured and Refilled Ink or Toner Cartridge**

[Third Party Brand] + "Remanufactured" + [Product: Ink or Toner Cartridge] + "Replacement for" + [OEM Brand] + [Series Name] + [Model Name] + ([Color(s)], [#-Pack], if app)
Examples

• LD Products + Remanufactured + Ink Cartridge + Replacement for + HP + 02 + (Black, 5-Pack) = LD Products Remanufactured Ink Cartridge Replacement for HP 02 (Black, 5-Pack)
• Office 66 + Remanufactured + Toner Cartridge + Replacement for + Brother + TN-350 + (Black) = Office 66 Remanufactured Toner Cartridge Replacement for Brother TN-350 (Black)

**Compatible Ink or Toner Cartridge**

[Third Party Brand] + "Compatible" + [Product: Ink or Toner Cartridge] + "Replacement for" + [OEM Brand] + [Series Name] + [Model Name] + ([Color(s)], [#-Pack], if app)
Examples

• LD Products + Compatible + Ink Cartridge + Replacement for + HP + 02 + (Black, 5-Pack) = LD Products Compatible Ink Cartridge Replacement for HP 02 (Black, 5-Pack)
• Office 66 + Compatible + Toner Cartridge + Replacement for + Brother + TN-350 + (Black) = Office 66 Remanufactured Toner Cartridge Replacement for Brother TN-350 (Black)

# False Recycling Claims, False Advertising, Misrepresentation of Product

These examples illustrate not only a few ASINs, but a ==category wide issue== for ink cartridges being sold on Amazon. Planet Green has identified numerous brands of new built non-OEM ink cartridges falsely labeled and advertised as a remanufactured or a recycled product.

In addition, the identified cartridges deceptively used the recycling logo or icons that imply the cartridges can be recycled or are a recycled product, as well as using the word "compatible" interchangeably with "remanufactured."

Misrepresenting the characteristics of a product by falsely labelling and advertising it as a recycled or remanufactured product violates:
- Federal and State laws
- FTC Guide for Environmental Marketing Claims
- Amazon's Policies for Environmental Claims
- Amazon's Listing Policies for the ink and toner category







Inktopia Compatible Ink Cartridge Replacement for Canon 246XL CL 246 XL CL-246Xl CL-244 (1 Color) for Canon PIXMA MG2520 MG2920 MG2922 MG2420 MG2522 MG2525 MG3020 MG2555 MX490 MX492 Printer
Visit the Inktopia Store
★★★★☆ 489 ratings

Price: $23.99 Get Fast, Free Shipping with Amazon Prime & FREE Returns

| Brand | Inktopia |
| --- | --- |
| Color | Tricolor |
| Compatibility Options | Remanufactured |
| Page Yield | 300 |
| Special Feature | Tri Color |
| Compatible Devices | Printer |
| Ink Color | 1 Tri color |

**About this item**
- Package Contents: Inktopia Replacement for Canon CL-246XL 246XL 246 XL CL-244 Ink Cartridges

# Our purchasing process to identify new built non-OEM cartridges falsely labelled "remanufactured" and false environmental claims

Proof of Purchase



**\*By way of example of a category-wide problem, these brands are new built non-OEM cartridges falsely labelled as "remanufactured," violate federal & state laws, and Amazon's Policies**

1. V-Surink    https://www.amazon.com/V-Surink-Remanufactured-Cartridge-Replacement-Compatible/dp/B07XTDWTP2
2. BSTink    https://www.amazon.com/BSTINK-Remanufactured-PG-245XL-Cartridge-Tri-Color/dp/B07DCPBCFT
3. PalmTree    https://www.amazon.com/Palmtree-Remanufactured-Cartridge-Replacement-Tri-Color/dp/B088TLQCQD
4. Sellyaha    https://www.amazon.com/Sellyaha-Remanufactured-Cartridge-Replacement-Tri-Color/dp/B07D75J5F7
5. Inktopia    https://www.amazon.com/Remanufactured-Cartridge-Replacement-Indicator-Printer/dp/B072WR1WL9
6. Retch    https://www.amazon.com/RETCH-Re-Manufactured-cartridges-245-246/dp/B07SX9T1JW
7. BJ Ink Cartridges  https://www.amazon.com/dp/B076DRV8D4
8. KingJet    https://www.amazon.com/Kingjet-Remanufactured-Cartridge-Replacement-PG-245XL/dp/B08GQ5Z8N4
9. EVINKI    https://www.amazon.com/EVINKI-Manufactured-Cartridge-Replacement-Tri-Color/dp/B07X5VWDP2
10. Witop    https://www.amazon.com/Witop-Remanufactured-Cartridge-Replacement-Printer/dp/B07X268TDX
11. Novajet    https://www.amazon.com/Novajet-Remanufactured-Cartridge-Tri-Color-Compatiable/dp/B072XDYKY4
12. GreenCycle  https://www.amazon.com/GREENCYCLE-Re-Manufactured-PG-245XL-Cartridge-Replacement/dp/B01MY6QG0K
13. FASTINK    https://www.amazon.com/FASTINK-Compatible-Cartridge-Replacement-Tri-Color/dp/B08SC518BD
14. LemeroUtrust   https://www.amazon.com/LemeroUtrust-Remanufactured-Cartridge-Replacement-Cartridges/dp/B08SMH1XQG
15. Mytoner    https://www.amazon.com/MYTONER-Re-Manufactured-Cartridge-Replacement-Tri-Color/dp/B0792TPLWQ
16. myCartridge PHOEVER  https://www.amazon.com/myCartridge-PHOEVER-245XL-246XL-Black/dp/B0951NC1ZB
17. MIROO    https://www.amazon.com/MIROO-Remanufactured-Replacement-PG-245XL-Cartridge/dp/B076KDFYWJ
18. St@r    https://www.amazon.com/ink-Remanufactured-Cartridge-Replaccement-CL-246/dp/B08P1QKGCM

\* Brands who commit these violations typically do it for all their ASINs within the ink and toner category



# Amazon's Environmental Commitment

THE CLIMATE PLEDGE

SUSTAINABLE OPERATIONS

SUPPLY CHAIN

IMPROVING PACKAGE

# Amazon's "Our Planet," A Noble Endeavor

Amazon – "We are committed to and invested in sustainability because it's a win all around-it's good for the planet, for business, for our customers, and for our communities."

• **The Climate Pledge** – "This is Amazon's commitment to be net-zero carbon by 2040. In addition, we are on a path to powering our operations with 100% renewable energy by 2025.

• **Sustainable Operations** – "From reducing water usage in data centers to using sustainable aviation fuel, we are committed to building a sustainable business for our customers, communities, and the world."

• **Our Supply Chain** – "We are committed to ensuring that partners around the world in our supply chain are treated with fundamental dignity and respect."

• **Improving Packaging** – "We're working to invent packaging that delights customers, eliminates waste, and ensures products arrive intact and undamaged."

Source: https://www.aboutamazon.com/planet

# Environmental Facts – Printer Cartridges

According to The Energy Collective Group, it's estimated that more than 375 million empty ink and toner cartridges end up in U.S. landfills each year. This means that 11 cartridge per second and over 1 million cartridges are thrown away each day.*

- To produce one toner cartridge more than three quarts of oil is consumed. One inkjet cartridge three ounces of oil is required*

- Manufacturing just one single toner cartridge emits around 4.8kg $CO_2$ Greenhouse Gases per cartridge.*
  - If you take into account a single factory can manufacture 200,000 cartridges per month, you're talking about 640,000 kg of monthly $CO_2$ emissions per factory output. That's the equivalent monthly $CO_2$ output of over 500 average homes.*

New built non-OEM cartridges cannot be recycled through general recycling and remanufacturing means. These cartridges are unique to the different manufacturers who produce them making it cost-prohibitive to remanufacture on a universal scale. Consequently, putting a major strain on the recycling industry.

Since new built non-OEM clone cartridges cannot be recycled, they have no value. Their abundance in the marketplace has also devalued OEM cartridges to the point many of these cartridges are not being remanufactured. Handling and warehousing the volume of used cartridges has created a huge economic and environmental challenge for Electronic Waste Recyclers. Most recycling facilities no longer accept printer cartridges due to the difficulty of handling the material leaving consumers very little options to recycle.

*Source https://energycentral.com/c/ec/ink-waste-environmental-impact-printer-cartridges



# Unnecessary Strain on the Recycling Industry

Daily, Planet Green is approached by E-Waste Recyclers pleading for us to take their used printer cartridges. These request range from multiple pallets to tractor trailers full of cartridges. Here are two examples of what we hear:

"We were still stuck with about 8,000 lbs. of toners with nowhere to send them. I know that there must be dozens of e-waste recyclers who are facing the same challenges that we are. "

- Megan, Operation Manager
React Electronic–Cycling, Inc.

"It is hard to find recyclers to accept empty toner and empty ink cartridges - especially non-OEM cartridges. I am throwing some items in the trash because of the volume of empties we receive from our customers that wish to recycle."

- Daniel, President
Rapid Refill Ink








# Amazon's "Our Planet" Mission Runs Contrary to Products Sold on it's Platform

The Printer Cartridge Remanufacturing Industry was established in the 1980s to recycle the plastic waste generated by consumable printer cartridges sold by printer manufacturers (OEMs). Working hand-in-hand with E-Waste recyclers, the industry became a shining example of a circular economy diverting plastic waste from landfills and recycling it for reuse.

Consumers benefitted by having a low-cost alternative to the more expensive OEM brands and the planet benefitted as less plastic was ending up in landfills, polluting ground water and soil.

Today, the once thriving printer cartridge remanufacturing industry is almost extinct in large part because of new built single use plastic clone printer cartridges that are flooding the U.S. market. Overseas manufacturers have been using online marketplaces to sell direct to consumers, putting downward pressure on remanufacturers to the point a used OEM cartridge is no longer cost-effective to remanufacture.

The world is facing a plastic pollution crisis and used printer cartridges are now dramatically adding to the problem. New built non-OEM clone printer cartridges not only add unnecessary plastic waste to our environment, but they contribute to the increased use of fossil fuel and production of greenhouse gases.

# Amazon Consideration

As Amazon pushes forward with its environmental mission to Net-Zero Carbon and being a worldwide leader in reducing its carbon footprint, the company should also consider the products it allows to be sold through its platform.

While leading the way to reaching Amazon's environmental goals, Amazon needs to recognize it is at the same time allowing the proliferation of consumable single use plastic products to be sold through its marketplace daily. New built non-OEM clone printer cartridges are a perfect example of unnecessary plastic waste and pollution.

Remanufactured printer cartridges, offer consumers an environmentally friendly, low-cost alternative to OEM brand cartridges. If Amazon wants to continue to offer all kinds of aftermarket printer cartridges, it should consider requiring its sellers to take responsibility for their products. Sellers of aftermarket printer cartridges should have a service in place to recycle their own cartridges.

This will invite innovation and ingenuity in bringing more sustainable products to market. Amazon being the largest online marketplace can truly make a global impact on the environment outside of its own walls by pushing its sellers to do better.

# Amazon Can Be Part of the Solution

Amazon can help reduce unnecessary plastic waste and not be a conduit for it.

Steps Amazon can take:
- Enforce listing policy so all sellers of ink cartridges are following Amazon's rules, FTC guidelines, and the law.
  - Take down listings that use "remanufactured" and "compatible" interchangeably as it is deceiving.
  - Take down listings of sellers who cannot verify their environmental marketing and recycling claims.
- Ban sellers from the platform that are identified for selling falsely labelled new built printer cartridges as "remanufactured."
  - Planet Green welcomes the opportunity to assist Amazon with identifying new built cartridges falsely labeled as remanufactured.
  - For over the past 22 years, we have recycled and remanufactured millions of printer cartridges in our state-of-the-art facility in Chatsworth, CA.
- Unlike the OEMs who offer a return recycling service for their used cartridges, most aftermarket sellers of ink and toner do not offer such a service to handle their used cartridge waste. This is an opportunity for Amazon to show good environmental stewardship by requesting aftermarket sellers of ink and toners to take responsibility for their own products by having a recycling service in place to return used cartridges.

If Amazon is truly committed to and invested in sustainability because it's good for the planet, for business, for its customers, and for its communities, then it should consider the negative impact new built non-OEM aftermarket ink and toner printer cartridges have on our environment and act.



# Planet Green

**100% USA Remanufactured Inkjet Printer Cartridges**
**If we don't make it, we don't sell it!**

HP® | Canon® | Epson® | Dell® | Brother® | Lexmark® | Pitney Bowes®

*Quality.*
*Quality.*
*Quality.*

# About Planet Green

Planet Green is an industry leader of wholesale high-quality U.S. remanufactured inkjet cartridge products. Since the company's creation over 20 years ago, quality has been and continues to be the focus of every single activity in the company.

Our mission is to create quality products, quality services and quality relationships. With these guiding values, Planet Green continues to be the partner of choice for customers who expect nothing but the best.

Our certified state-of-the-art 35,000-square foot facility, based in Chatsworth, California, exemplifies streamlined production and remanufacturing excellence. We continue to create our own manufacturing techniques and production equipment.





Utilizing leading-edge technology and top-quality supplies enables us to uphold our high standards of quality. Our passion for continuous research, development and innovation keeps us among the best of the best in an industry full of poor-quality non-OEM compatible products and sub-par remanufacturers.

Our professional management team, well-trained technicians and dedicated staff are yet another reason for our continued growth and success. They are the cornerstone for producing and delivering top-quality products and superb service to satisfied customers all over the world.

Choose Planet Green and entrust your future with a company that has a true image of quality.

Planet Green's Focus Brand remanufactured Inkjet Cartridges epitomize the quality and performance that your customers expect and count on. The Focus Brand conveys a clear-cut message of high standards with a commitment to environmental responsibility.

Focus Brand Cartridges are the result of continuous investment, improvement and advancement of our employees, technology, systems & procedures as well as today's customer expectations. We are tireless in discovering and innovating new ways to produce a better inkjet cartridge, and the Focus Brand Cartridges are the result of that effort.



**Brand Inkjets**

## Performance

Focus Brand Inkjet Cartridges provide consistent and reliable performance down to the last ink drop. After all, our quality control and testing departments do not work for us; they work for our customers and have their full satisfaction in mind all the time. Our focus on remanufacturing just inkjet cartridges allows us to perfect the remanufacturing process which results in a quality product.

## Quality

When it comes to our main philosophy, "Quality, Quality, Quality" would be it, and the proof is on the printed page. Focus Brand inkjet cartridges are produced under stringent quality-control procedures and strict testing guidelines. We have the best remanufactured inkjet cartridges on the market.

## Value

For many years now Planet Green's Inkjet Cartridges have been considered an effective alternative to the expensive OEM cartridges, as well as the flood of sub-par and unreliable remanufactured cartridges on the market today. Focus Brand Inkjet cartridges meet the quality & performance of the OEM's at substantial savings to your customers.





# State-of-the-Art Manufacturing

## Production

- 35,000 sq ft advanced remanufacturing facility

- Five separate departments with designated staff for empties, cleaning, filling, testing and packaging

- Efficient workflow and production planning

- Rigorous training program for production staff & line managers

  Organized and spotless production floor

## Leading-Edge Equipment & Technology

- Colorfill 600 vacuum-filling machines for every cartridge station
- Dedicated in-house machine shop creating our own PG-Innovation line of automated equipment including:

  - High-tech cartridge cap removal
  - Black & color flushing systems
  - Automated filter/screen remover
  - Automated filter welders
  - Cartridge foam dryers
  - Centrifuge systems
  - Multiple custom-built Delran cleaning sinks
  - Numerous task-specific hand-held tools





## Stringent Production Procedures and Guidelines

- Strict production policy of using ONLY Virgin cores that must pass visual & circuit testing

- Using cartridge-specific inks formulated in the USA

- All cartridge caps are ultra-sonic welded Extensive testing procedures for every cartridge





# Leading The Industry

Here at Planet Green, we have a long history of innovation. To produce the highest quality inkjets, we have taken control of our own technological destiny.

Our in-house technology center researches, designs and creates our own equipment, tools and production systems.

A passion for improvement drives our dedicated engineers to ensure proper remanufacturing of our inkjets and stay informed about the original equipment manufacturer's new releases. To produce the highest quality products, we are committed to investing and taking charge of our own technology needs.





Planet Green has revolutionized the screen replacement process in our industry.



We emphasize the importance of cleaning cartridges thoroughly and getting underneath the ink reservoir channel. This can only be done by replacing the filter screen.

Our Quality Assurance team ensures that quality is consistent and guaranteed. The QA team is set up as an independent department with only the interest and expectations of the customer in mind. The proof of this set-up is demonstrated in every printed sheet that uses Planet Green cartridges.

Having solid knowledge of the inner workings of every cartridge allows us to construct our QA & testing procedures to make certain our cartridges perform to the same specifications as the original equipment manufacturer brand. Testing includes lifetime performance, duration, color breadth, and page yields.



# Quality Assurance

- Independent Equipment Development
- Impartial Laboratory Testing
- Pre-Certification of Vendor Supplies and Material
- Lot Inspections of Supplies and Materials
- Every Cartridge is print-tested before Packaging In-House Production of all Inkjets
- No Outsourcing of Units
- Monthly Quality and Procedural Evaluations
- Yearly Vendor Re-Qualification Testing





✓ We back every cartridge with a 100% satisfaction guarantee. We uphold our standards of quality to such a high level that we confidently guarantee, under normal use and storage conditions, your product will not only meet but exceed your expectations. You can confidently offer Planet Green's Focus Brand cartridges and watch your sales, profits and customer base grow.

✓ Additionally, we warrant 100% that our equipment and supplies, under normal use and service conditions, are free from defects in both material and workmanship. Planet Green products will not cause damage, abnormal wear, or deterioration to units used within the standard manufacturer's specification.

# Customer Care & Support

Planet Green knows that each customer's business and loyalty must be earned. We work hard to provide our customers with the highest quality service & care possible. We endlessly train & test our staff on effective customer care techniques.

It's important for our staff to be knowledgeable about the industry's current trends so they can keep you informed and on the leading edge of your business. We are here for you; so, consider our customer care department a part of your own team.

- Account-specific sales & customer care representatives
- Cartridge & printer model technical support
- Marketing support
- Blind drop ship programs
- Same-day shipping
- Net payment terms with approved credit application Secured online ordering & account management
- Online empties purchasing and selling system
- Generic 4-color high-gloss boxes available
- Private labeling





### Direct Delivery Program (Blind Drop Ship)

Planet Green can provide direct delivery that ships our products to your customers without any reference to Planet Green. Our direct delivery programs reduce delivery time and eliminate the need to hold inventory at your location.



### Personalized Service

We value our customers and ensure that we are always available to answer your questions. Every single account, small or large, will receive the absolute best service and attention. When you establish an account with Planet Green, we will allocate to you one of our professional and experienced account managers who will ensure your complete satisfaction.



### Multiple Payment Options

For easy & efficient service we accept Visa, MasterCard, American Express as well as C.O.D. and wire transfers. Net Terms are available upon request and submission of a completed credit application.



# Free Mail-in Ink Recycling Service



## Recycle from Home

- Over 375 million used cartridges are thrown in the trash every year!
- Protect our environment and recycle your used ink with Planet Green.
- We provide a Free USPS Mailing Label.



## Remanufacturing Facility

- Planet Green state-of-the-art facility located in Chatsworth, CA.
- U.S. Recycler and Remanufacturer for over 22 years!
- Proud to offer manufacturing jobs for America!



## Focus Brand

- Enviro-Friendly product.
- Made from used OEM core ink cartridges collected from consumers nationwide.
- Our supply chain consist primarily of U.S. companies which makes our brand a truly American Made recycle product.



# We Pay Top Dollar for Empty Ink Cartridges

We continuously need empty ink cartridges to meet our production demands.

As a remanufacturer, we have the power to pay more for the cores we need.

This is an opportunity for you to make top dollar on your entire empty inkjet cartridge inventory.

**If You've Got Empties…We Want them!**

**Call Us Today: 800.377.1093**






- No need to count and sort
- We pay shipping
- Prompt Payment process



No pick-up is too big or too small!

We will pick-up your ink cartridges by the box or by the pallet.

info@Pginkjets.com

www.pginkjets.com



# Thank You!

We look forward to your help and support! Together, we can make a difference!