# DENIED
## BY ORDER OF THE COURT
### NO SHOWING OF GOOD CAUSE

8/31/23

*John F. Walter*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET GREEN CARTRIDGES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON ADVERTISING LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-06647-JFW(KS)<br><br>**[PROPOSED] ORDER RE:**<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 30 DAYS PURSUANT TO L.R. 7-1 AND L.R. 8-3 AND TO SET A BRIEFING SCHEDULE**<br><br>District Judge: Hon. John F. Walter<br>Mag. Judge: Hon. Karen L. Stevenson<br><br>Complaint Served: August 15, 2023<br><br>Trial Date: TBD |

# ORDER

Pursuant to the stipulation of Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Advertising LLC (collectively, "Defendants") and Plaintiff Planet Green Cartridges, Inc. ("Plaintiff") (collectively, the "Parties"), and good cause appearing, IT IS HEREBY ORDERED that: (1) Defendants' deadline to respond to the Complaint shall be September 27, 2023; and (2) the briefing schedule for Defendants' potential motion in response to the Complaint is set as follows:

|  | **Deadline Based on Amazon's Extended Response Deadline** | **Modified Deadline** |
|---|---|---|
| Plaintiff's Opposition to Defendants' Motion | October 9, 2023 | November 8, 2023 |
| Defendants' Reply | October 16, 2023 | November 27, 2023 |
| Hearing | October 30, 2023 | December 11, 2023 |

IT IS SO ORDERED.

DENIED

Dated: _____          _____

Hon. John F. Walter
United States District Judge