UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET GREEN CARTRIDGES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON ADVERTISING LLC, a Delaware limited liability company; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-06647-JFW(KS)<br><br>Hon. John F. Walter<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, TO STRIKE**<br><br>Hearing Date: October 23, 2023<br>Hearing Time: 1:30 p.m.<br>Courtroom: 7A |

# ORDER

Currently before the Court is Defendants' Motion to Dismiss Plaintiff's Complaint Or, In the Alternative, to Strike (the "Motion").

This Court, having considered Defendants' Motion, all papers in support and opposition, and good cause appearing thereof, hereby **GRANTS** the Motion. Plaintiff's Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____     _____
Hon. John F. Walter
United States District Judge