## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 23-6647-JFW(KSx)**                    Date:  October 13, 2023

Title:       Planet Green Cartridges, Inc. -*v*- Amazon.com, Inc., et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Shannon Reilly                                    None Present
Courtroom Deputy                              Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                      None

**PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ISSUED**

The Court has reviewed the parties' Joint Statement Regarding the Parties' Meet and Confer Relating to Defendants' Forthcoming Motion to Dismiss ("Joint Statement"), filed on September 14, 2023.  Docket No. 25.  In the Joint Statement, the parties state that they conducted their September 12, 2023 meet and confer by Zoom video.  Paragraph 5(b) of the Court's Standing Order, filed August 16, 2023 (Docket No. 10), specifically states that "[a]ll 7-3 conferences shall be conducted **in person** by lead counsel."

Therefore, the Court orders lead counsel to show cause, in writing, on or before **October 16, 2023**, why each lead counsel should not be sanctioned in the amount of $1,500 for not conducting the September 12, 2023 meet and confer in person as required by paragraph 5(b) of the Court's Standing Order.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.   Failure to respond to the Order to Show Cause will result in the issuance of sanctions.

IT IS SO ORDERED.

Initials of Deputy Clerk _sr_